Int'l Scientology
From:
"Shloime Denburg" <shloime@mtolztrustee.com>
Date:
Wed, 8 Oct 2008 11:44:00 -0400
To:
"Schulte, Nemia L." <nemia2000@aol.com>
CC:
"Tolz, Marika" <MARIKATOLZ@aol.com>, "Genovese, John H." <jgenovese@gjb-law.com>, "Beatrisa" <beatrisa@mtolztrustee.com>

Dear Nemia:
Please be advised that we have been waiting for the case analysis for over a week. It was promised for this past Monday - when will we really have it? The Trustee cannot make decisions in a vacuum.

Please advise

PLEASE VISIT OUR NEW WEBSITE WWW.MTOLZTRUSTEE.COM FOR MORE INFORMATION AND SECURE DOCUMENT UPLOAD INSTRUCTIONS

Shloime Denburg, Administrator
for Marika Tolz, Trustee
1804 Sherman Street
Hollywood, FL 33020
Phone: 954-923-6536, x-18
Fax: 954-920-3305
shloime@mtolztrustee.com

==================================================================

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, work-product or privileged. If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by email and by telephone (954) 923-6536 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named

EXHIBIT
1

What I have asked for is how the 11th Circuit opinion (with specific citation to the opinion itself) leaves the door open to pursue Defendants other than WISE and how will damages be established. I'm hopeful that as you stated in our last telephonic meeting that information will be provided with specificity.

Communications with my client, as well, would be better if they did not contain constant references to malpractice and breach of fiduciary duty. The Trustee and her counsel will perform their job in this case just as we have in any other.

---

**From:** Peter Letterese [mailto:pletterese@earthlink.net]
**Sent:** Tuesday, October 07, 2008 12:04 PM
**To:** BCH7-Trustee (Ch7) Marika Tolz
**Cc:** BCH7-CDI (Ch7) Atty - Nemia Schulte; ccA1-Chuck Franken; Genovese, John H.
**Subject:** PRE-COPYRIGHT ANALYSIS ::: Int'l Scientology Crime Syndicate: SERIAL CONTRACT BREACHERS -- JUST ONE EXAMPLE OF MANY IN THE PUBLIC RECORD (INCLUDING OURS)

# Dear Ms. Tolz:

Mr. Genovese has suggested in a prior email (of last week) that if CDI-PLA-IS couldn't provide
an adequate "path to damages" analysis in the Copyright case, **he would/might be**
**forced to "settle with the Defendants". This would be a mistake since the**
**International Scientology Crime Syndicate Corporations are SERIAL CONTRACT**
**BREACHERS.** They serially do **not** act in good faith and it is that characteristic which dooms
any "agreement" they would promise to make.

**It is the position of CDI-PLA-IS that should you, the Trustee heed this advice**
**if it becomes Mr. Genovese's advice, that your following it would be malpractice**
**against the Estate and its creditors.**

**To support that position and provide context for the Copyright Case analysis coming later today,**
**PLEASE SEE three (3) related attachments pertaining to a 6-years-long-ONGOING-IN-CALIFORNIA CASE**
**between Defendant Scientology Crime Syndicate and a Plaintiff construction company, one "HRB".**