Subject:
2007 Tax Returns for Bankruptcy
From:
barbara880888@aol.com
Date:
Fri, 10 Oct 2008 17:16:57 -0400
To:
NEMIA2000@aol.com

Hi Nemia,

I am having "technical difficulties" with my computer & computer printer. Due to this most aggravating computer problem I am not yet able to submit the 2007 Form 1040 for Barbara Fawcett & the CDI/PLA 2007 Form 1120 by close of day today.

I will get this solved and it should be off to you in pdf format by email this evening. I apologize for the delay.

Feel free to call with any questions you may have.

Sincerely,
Barbara

McCain or Obama? Stay updated on coverage of the Presidential race while you browse - Download Now!

---

Subject:
Trustee's Motion to Stay
From:
NEMIA2000@aol.com
Date:
Thu, 9 Oct 2008 22:33:42 EDT
To:
pletterese@earthlink.net
CC:
FrankenCDF@aol.com

Peter:

Great news! As we discussed, attached is the Trustee's Motion to Stay all lawsuits whether you are the plaintiff or defendant, appellee or appellant. Basically, he said that there is way too much going on and the Trustee needs the time to evaluate the cases. Plus, he's tired of getting



bombarded by you on a daily basis to do something or you will file a malpractice suit against him and the trustee.

Be forewarned, this Motion is not kind to you and Charles. However, as you stated: "Who cares?" Basically, this means that the other side in each lawsuit has to seek stay relief from Judge Olson before going forward.

So, hopefully, this will give Marika enough time to consider this cases and decide to abandon them because they are too complicated, time consuming and may not add benefit to the estate (unless you are in control of them, of course). The matter has not yet been scheduled for hearing. I will let you know as soon as it is. And I think you should definitely attend the hearing.

--Nemia

---

Nemia L. Schulte, Esq.
Law Offices of Nemia L. Schulte, PA
2401 E. Atlantic Blvd., Suite 400
Pompano Beach, FL 33062
(954) 946-1881
(954) 782-1552 (facsimile)
Email: nemia2000@aol.com

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The Law Offices of Nemia L. Schulte, PA is not liable for any loss or damage arising in any way from this message or its attachments.

---

New **MapQuest Local** shows what's happening at your destination. Dining, Movies, Events, News & more. Try it out!

---

Subject:
Fwd: Fw: More on Data_Requested by Trustee Marika Tolz re: PLA-CDI Bankruptcy
From:
NEMIA2000@aol.com
Date:
Thu, 9 Oct 2008 14:08:30 EDT
To:
MARIKATOLZ@aol.com
CC:
pletterese@earthlink.net