UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                      Case No. 08-19067-JKO

CREATIVE DESPERATION INC.,                                  Chapter 7
a/k/a PETER LETTERESE &
ASSOCIATES INC,

       Debtor.
_____/

## RE-NOTICE OF RULE 2004 EXAMINATION DUCES TECUM
*(Change of Date Only)*

Church of Scientology International ("CSI") and Bridge Publications, Inc. ("BPI") (collectively, the "Creditors"), by and through undersigned counsel, will examine Dr. Thomas John Karas as principal of MGSI, Inc. under oath on **Monday, September 28, 2009 at 10:00 a.m.** at the offices of Ruggirello, Velardo, Novara & Ver Beek, P.C., 65 Southbound Gratiot, Mt. Clemens, MI 48043. The examination may continue from day to day until completed. If the examinee receives this notice less than 7 days prior to the scheduled examination date (or less than 10 days if examination is taking place outside of Florida), the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

The examinee is still subject to the previously issued subpoena, including as to production, dated July 20, 2009, and shall produce at said time all documents described on Exhibit "A" hereto.

Dated: September 16, 2009.

{216496.0001/N0784224_1}

Respectfully submitted,

ADORNO & YOSS LLP

/s/ Alan J. Perlman
Alan J. Perlman
Florida Bar Number: 826006
Shirin Movahed
Florida Bar Number: 031546
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301-4217
Phone: (954) 763-1200
Fax: (954) 766-7800
aperlman@adorno.com
smovahed@adorno.com
Attorneys for Creditors
   Church of Scientology International and
   Bridge Publications, Inc.

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 2090-1(A)

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY FURTHER CERTIFY that on this 16th day of September, 2009, a true and correct copy of the foregoing was served via the Court's CM/ECF System to all parties who are registered for electronic notice, and by electronic mail or first-class mail as indicated to:

Peter Letterese
14581 Old Sheridan Street
Southwest Ranches, FL 33330
*Via First-Class Mail*

c/o of Steevie Marrin
Ruggirello, Velardo, Novara & Ver Beek, P.C.
65 Southbound Gratiot
Mt. Clemens, MI 48043
*Via Electronic Mail:* smarrin@rvnvlaw.com.

Simeon D. Brier
Attorney for Creditors, Schwartz, Ness and Brody
*Via Electronic Mail:* SBrier@eadpdlaw.com.

/s/Alan J. Perlman
Alan J. Perlman

{216496.0001/N0784224_1}   2