UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

Creative Desperation Inc.
a/k/a Peter Letterese & Associates,
Inc.,

   Debtor.
_____/

Case No. 08-19067-BKC-JKO
Chapter 7

## MOTION FOR PROTECTIVE ORDER AS TO DEPOSITION OF PETER LETTERESE SET FOR SEPTEMBER 17, 2009

**PETER LETTERESE**, files this Motion seeking a protective Order staying the deposition set by the Church of Scientology International and Bridge Publications, Inc. (Collectively referred to as "Scientology"), for September 17, 2009 at 10:30 a.m., pursuant to F.R.B.P. 7026, making F.R.C.P. 26(e) applicable to bankruptcy matters, and Local Rule 7026-1(E)(2) and states in support thereof:

1.  As a purely procedural matter, Local Rule 7030-2 (Depositions Upon Oral Examination - Reasonable Notice of Taking Depositions) states "Unless otherwise stipulated by all interested parties or directed by the court or by these rules, the deposition of any person upon oral examination may be taken:

(A)  if the party is within Florida, upon actual delivery of at least seven business days' notice in writing to the deponent and to every other party to the action..."

The Notice was filed and served on September 9, 2009. This made Friday, September 18, 2009 the earliest date upon which the deposition could be scheduled.[1]

---

[1] Scientology states in its Notice of Taking Deposition (D.E. #309) that if the examinee receives notice less than 7 days prior to the scheduled examination date, any objection must be

2. The real reason for this Motion is that Mr. Letterese will be unavailable on that date and time as he had been previously scheduled for the second phase of root canal surgery which was necessitated by a severe and extremely painful infection deep in the roots and surrounding area of that tooth which erupted approximately ten days ago. Further, Mr. Letterese has been taking large doses of narcotic pain relievers which cloud his ability to think or reason or respond to any questions and will continue on those pain relievers for approximately one week after the surgery. The effects of the narcotics last at least several days after their use has ceased.

3. Undersigned counsel certifies that she has had a number of conversations with Mr. Perlman on Monday and Tuesday, September 14 and 15, 2009, explaining the circumstances and attempting to work out details as to a change in date and time to no avail and was finally told by Mr. Perlman to file this Motion. She further certifies that she attempted to call again several times on Wednesday, September 16, 2009 and left several messages stating that she intended to file this Motion but that she had been in court in the morning and then in an emergency pulmonologist's appointment at 1:15 p.m. and had other documents that also must be prepared and filed by the end of the day to avoid certain hearings the following day and would get it done as soon as possible.

4. In addition, Scientology seeks production of any and all documents regarding the terms

---

heard prior to the taking of the deposition. This is an erroneous statement of the law as Local Rule 7026-1(E)(2) specifically states that "the deposition or response deadline shall be stayed [by the filing of a motion for protective order] until the court rules on the motion." Scientology also appears to limit the right to object if the notice is less than required by law to only the examinee. Again, this is not a true statement of the law as Local Rule 7030-2 requires notice of at least 7 days to the deponent **and to every other party to the action.**

Page -2-

and/or conditions and the negotiation of the terms and/or conditions of the Stipulation for Settlement by and between Mr. Letterese and Marika Tolz, Trustee in the *In re: Creative Desperation, Inc., a/k/a/ Peter Letterese & Associates, Inc.*, chapter 7 bankruptcy, Case No. 08-19067-BKC-JKO and Les Osborne, Trustee in the individual Chapter 7 case of *In re: Peter Letterese*, Case No. 08-19642-BKC-JKO. Mr. Letterese objects to that production as it would produce no non-privileged information relevant to defend against the sale and compromise motion (D.E. #186) for the following reasons:

a.     All documents sought would fall under one of the following categories:

    i.     They contain mental impressions, conclusions, opinions, or legal theories of Mr. Letterese's attorneys or other representatives concerning the litigation;

    ii.     They contain trial preparation privileged information;

    iii.     Not reasonably calculated to lead to the discovery of admissible evidence which would be relevant to defend against the 11 USC §363 motion to approve the sale; and/or

    iv.     Confidential Settlement Negotiations.

5.     The issue as to whether the requested documents were discoverable was discussed by undersigned counsel with Mr. Perlman as well and no agreement could be reached as to that either.

6.     Further, in the context of the corporate chapter 7, Peter Letterese is not a party and must be subpoenaed to appear individually as requested by Scientology. Scientology did not set the deposition of Peter Letterese as an officer or director or employee of the

corporation. They named him in his individual capacity and filed a Notice of Taking Deposition.

**WHEREFORE**, PETER LETTERESE, respectfully requests that this Honorable Court grant the relief requested herein and for such other relief as this Court deems equitable *and just*.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of this Motion was been served by electronic notice or U.S. Mail to all parties on the attached Service List this __16th__ day of September, 2009.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1 (A).

Law Offices of Sherri B. Simpson, P.A.
33 N.E. 2nd Street, Ste 101
Fort Lauderdale, FL 33301
Tel: (954) 524-4141
Fax: (954) 763-5117
email: sbsimpson@simpson-law-group.com

By:  /s/ Sherri Simpson
     Sherri B. Simpson, Esq.
     FBN: 869491

## SERVICE LIST

Via Electronic Notice:

Nicholas B Bangos    nbb@nickbangoslaw.com
Michele R. De Bianchi
Charles D Franken    frankencdf@aol.com
Mariaelena Gayo-Guitian    mguitian@gjb-law.com,
cbucolo@gjb-law.com;gjbecf@gjb-law.com;vlambdin@gjb-law.com
John H Genovese    jgenovese@gjb-law.com,

cgreco@gjb-law.com;dsanchez@gjb-law.com;ctarrant@gjb-law.com;gjbecf@gjb-law.com
Barry P Gruher    bgruher@gjb-law.com, cbucolo@gjb-law.com;vlambdin@gjb-law.com
Bart A Houston    bhouston@gjb-law.com, vhylton@gjb-law.com;cbucolo@gjb-law.com
Kenneth M Jones    kjones@moodyjones.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
Leslie S Osborne    osbornetrustee@kennethrappaportlawoffice.com, fl67@ecfcbis.com
Alan J. Perlman    aperlman@adorno.com, mcalderon@adorno.com;vdueppe@adorno.com
Ariel Rodriguez    ariel.rodriguez@usdoj.gov
Nemia L. Schulte    nemia2000@aol.com
Sherri B. Simpson    bklaw99@aol.com, bklaw9999@gmail.com
Jesus M Suarez    jsuarez@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com
Marika Tolz    TolzECFmail@aol.com, mtolz@ecf.epiqsystems.com;Marikaecf@gmail.com;marikatolzecf@gmail.com

Via US Mail:

see attached list

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 08-19067-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Sep 16 20:12:28 EDT 2009 | American Arbitration Association<br>c/o John Arrastia, Jr. P.A.<br>1110 Brickell Ave. Suite 403<br>Miami, FL 33131-3135 | Bridge Publications, Inc.<br>c/o Alan J Perlman<br>350 E. Las Olas Blvd., Suite 1700<br>Ft. Lauderdale, FL 33301-4217 |
| Church of Scientology International<br>c/o Alan J Perlman<br>350 E. Las Olas Blvd., Suite 1700<br>Ft. Lauderdale, FL 33301-4217 | Church of Scientology International<br>c/o Michele R De Bianchi<br>1688 Meridian Ave #902<br>Miami Beach, FL 33139-2712 | Creative Desperation Inc<br>4581 Weston Road<br>#306<br>Weston, Fl 33331-3141 |
| Edwards Angell Palmer & Dodge LLP<br>c/o Simeon D Brier, Esq<br>1 N Clematis St #400<br>West Palm Beach, FL 33401-5552 | Ford Motor Credit Company LLC<br>c/o Kenneth M Jones<br>1333 S. University Dr. # 201<br>Plantation, FL 33324-4001 | Schwartz Dental Practice<br>c/o Simeon D Brier<br>1 N Clematis St #400<br>W Palm Beach, FL 33401-5552 |
| AT & T Corp<br>c/o James Grudus<br>One AT & T Way Rm# 3A218<br>Bedminster, NJ 07921 | Arnstein & Lehr PA<br>200 E Las Olas Blvd # 1700<br>Fort Lauderdale Fl 33301-3404 | Arnstein & Lehr PA<br>200 E Las Olas Blvd # 1700<br>Ft Lauderdale Fl 33301-3404 |
| Barbara Fawcett<br>4581 Weston Rd 306<br>Weston Fl 33331-3141 | Bohlig Julaine<br>1320 NE 7th Avenue # 3<br>Fort Lauderdale Fl 33304-4761 | Church of Scientology International<br>6331 Hollywood Blvd<br>Suite 1200<br>Los Angeles CA 90028-6340 |
| Division of Corporation State of Fl<br>PO Box 6327<br>Tallahassee Fl 32314-6327 | Divison of Corporations State of Florida<br>PO Box 6327<br>Tallahassee Fl 32314-6327 | Dr Douglas Ness<br>1400 W Benson Blvd Suite 150<br>Anchorage Alaska 99503-3688 |
| Dr. Marc Schwartz<br>1600 El Camino Real Suite A<br>Belmont CA 94002-3929 | Dr. Scott Brody<br>1025 S. Perry Street Suite 105<br>Castle Rock CO 80104-3365 | Edwards Angell<br>One North Clematis Street #400<br>West Palm Beach Fl 33401-5517 |
| Fawcett Barbara<br>4581 Weston Road # 306<br>Weston Fl 33331-3141 | Fawcett Barbara<br>4581 Weston Road 306<br>Weston Fl 33331-3141 | Figueroa Mirtha<br>5610 Hood Street<br>Hollywood Fl 33021-3232 |
| Florida Department of Revenue<br>Post Office Box 6668<br>Tallahassee, Florida  32314-6668 | Ford Motor Credit<br>POB105697<br>Atlanta GA 30330-0001 | Gallert Dreyer & Berkey<br>845 3rd Avenue # 8<br>New York NY 10022-6601 |
| Haviland Darin<br>2481 NW 87th Avenue<br>Sunrise Fl 33322-3310 | INTERNAL REVENUE SERVICE<br>7850 SW 6TH COURT<br>STOP 5730<br>PLANTATION, FL 33324-3210 | Internal Revenue Service<br>Atlanta GA 30303 |

```
Internal Revenue Service              Kendrick Moxon Moxon & Korbin         Letterese Peter
Atlanta GA 30303                      3055 Wilshire Blvd                    4581 Weston Road # 285
                                      Suite 900                             Weston Fl 33331-3141
                                      Los Angeles CA 90010-1137


Letterese Peter                       Letterese Ramona                      Letterese Ramona
4581 Weston Road 285                  4581 Weston Road # 285                4581 Weston Road 285
Weston Fl 33331-3141                  Weston Fl 33331-3141                  Weston Fl 33331-3141


Levey Airam                           MCI Communications                    MIC Communcations
555 NE 15th St 104                    One Verizon Way                       One Verizon Way
Miami Fl 33132-1455                   Basking Ridge NJ 07920-1025           Basking Ridge NJ 07920-1025


Monge Jose Luis                       Moxon & Kendrick                      Office of the US Trustee
5610 Hood St                          3055 Wilshire Blvd  900               51 S.W. 1st Ave.
Hollywood Fl 33021-3232               Los Angeles CA 90010-1137             Suite 1204
                                                                            Miami, FL 33130-1614


Peter Letterese                       Peter Letterese                       Peter Letterese
4581 Weston Road                      4581 Weston Road                      4581 Weston Road  # 306
285  Weston Fl 33331-3141             306 Weston Fl 33331-3141              Weston Fl 33331-3141


Press Martin                          Press Martin                          Public Storage
Broad & Cassell                       Broad & Cassell                       701 Western Avenue
100 SE 3rd Avene                      100 SE 3rd Avenue                     Glendale CA 91201-2349
Suite 2700                            Suite 2700
Ft Lauderdale Fl 33394-0017           Fort Lauderdale Fl 33394-0017


SEC Commercial Realty Group           SEC Communication Realty Group        Shurgard Storage Centers
7050 West Palmetto Park Rod # 51      7050 West Palmetto Park Road # 51     701 Western Avenue
Boca Raton Fl 33433-3464              Boca Raton Fl 33433-3464              Glendale CA 91201-2349


Simeon Brier, Edwards Angell          Sprint Communications                 State of Florida
One North Clematis St                 6500 Sprint Parkway Sutei HL-5A       656 Taft Street Suite 300
#400                                  Overland Park KS 66251-0001           Hollywood Fl 33024
West Palm Beach
Fl 33401-5517


State of Florida                      Stor All Ltd                          Tomilson John CPA
Unemployment Comp                     1375 West Hillsboro Blvd              500 West Cypress Creek Rd
656 Taft Street Suite 300             Deerfield Beach Fl 33442-1719         Suite 455
Hollywood Fl 33024                                                          Ft Lauderdale Fl 33309-6160


Tree Trimmers & Associates            United States Trustee                 Verizon Wireless South
4301 NE 13th Terrace                  51 SW 1 Ave., Room 1204               Verizon Wireless
Oakland Park Fl 33334-4707            Miami, FL 33130-1614                  POB 3397
                                                                            Bloomington IL 61702-3397
```

Verizon Wireless Telecom
One Verizon Way
Basking Ridge NJ 07920-1097

Wandique Casta
5610 Hood St
Hollywood Fl 33021-3232

Wandique Mauro
5610 Hood St
Hollywood Fl 33021-3232

Alvin Capp
1 Financial Plaza #1610
Ft. Lauderdale, FL 33394-0063

Antoinette Theodossakos
c/o Simeon D Brier
1 N Clematis St #400
West Palm Beach, FL 33401-5552

Barbara Letterese
n/k/a Barbara Fawcett
18031 SW 70 Pl
Southwest Ranches, FL 33331-1831

Charles D Franken
8181 W Broward Blvd
#360
Plantation, FL 33324-2049

Douglas G Ness
c/o Simeon D Brier
1 N Clematis St #400
W Palm Beach, FL 33401-5552

Gary Woodfield
c/o Simeon D Brier, Esq
1 N Clematis St #400
West Palm Beach, FL 33401-5552

L. Scott Brody
c/o Simeon D Brier
1 N Clematis St #400
W Palm Beach, FL 33401-5552

Leslie S Osborne
1300 N. Federal Hwy #203
Boca Raton, FL 33432-2848

Marc A Schwartz
c/o Simeon D Brier
1 N Clematis St #400
W Palm Beach, FL 33401-5552

Marika Tolz
1804 Sherman Street
Hollywood, FL 33020-2123

Nemia L. Schulte Esq.
201 SE 24 Ave.
Pompano Beach, FL 33062-5307

Peter D Letterese
14581 Old Sheridan Street
Southwest Ranches, Fl 33330-3523

Simeon Brier
c/o Simeon D Brier, Esq
1 N Clematis St #400
West Palm Beach, FL 33401-5552


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Dr Douglas Ness
1400 W Benson Blvd Suite 150
Anchorage Alaska 99503-3688

(d)Gallert Dreyer & Berkey
845 3rd Avenue # 8
New York, NY 10022-6601

(d)Monge, Jose Luis
5610 Hood Street
Hollywood Fl 33021-3232

(d)Tomilson John CPA
500 West Cypress Creek Road
Suite 455
Ft Lauderdale Fl 33309-6160

(d)Wandique Casta
5610 Hood Street
Hollywood Fl 33021-3232

(d)Wandique Mauro
5610 Hood Street
Hollywood Fl 33021-3232


End of Label Matrix
Mailable recipients    75
Bypassed recipients     6
Total                  81