UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 08-19067-JKO

                                                          Chapter 7 Case

CREATIVE DESPERATION INC.,
a/k/a PETER LETTERESE &
ASSOCIATES INC,

          Debtor.
_____/

**MOTION TO RESET HEARINGS PREVIOUSLY SCHEDULED
FOR OCTOBER 1, 2009 PER PRIOR COURT ORDER**
*(Expedited Hearing Requested)*

Judgment Creditors, **CHURCH OF SCIENTOLOGY INTERNATIONAL**, ("CSI"), and **BRIDGE PUBLICATIONS, INC.** ("BPI") (collectively, the "Creditors" or "Movants"), by and through undersigned counsel, and in accordance with the Court's previous Scheduling Order, hereby seek the entry of an Order resetting the hearings in connection with the various motions initially scheduled to be considered on October 1, 2009 at 9:30 a.m., a portion of which have recently been rescheduled for September 24, 2009, and in support thereof, state as follows:

1.      At a hearing conducted on August 26, 2009, the Court established a scheduling order with respect to the to-be-filed Sale/Settlement Stipulation involving the Trustee (the "Stipulation"), as well as motions to be filed five (5) days thereafter to dismiss parties with prejudice in connection with certain litigation. Indeed, at that time the Court ordered the Trustee to file the Stipulation on or before September 4, 2009, shortened responses to discovery to ten (10) days, and set a hearing for the various motions to occur on October 1, 2009. All of the foregoing were in fact contained in the

Court's scheduling Order entered on September 8, 2009 (D.E. # 305) (the "Scheduling Order").

2. Contrary to the Scheduling Order, the Stipulation was not filed on or before September 4, 2009, but rather on September 8, 2009.

3. Thereafter, Trustee Osborne filed a motion to reset the hearing date, which relief was unopposed. Although no parties opposed a rescheduling of the October 1 hearing, no dates were even discussed with undersigned ever, nor the notion of bifurcating the motions already set by the Court in the Scheduling Order. In fact, undersigned did not consent to the "agreed" order presented by Osborne. Unfortunately, the matter is now scheduled to take place on September 24, 2009, notwithstanding the outstanding discovery and related rights of Movants, the majority, if not all of which will not be resolved prior to said new date.

4. For example, Movants have requested certain information informally from the Trustees in both cases in an attempt to avoid depositions. However, to date no responses have been provided. Further, although the deposition of Mr. Letterese was previously noticed, undersigned has been advised by counsel for Mr. Letterese that he is unable to attend due to a dental procedure, and could not attend either before or after the scheduled date based on the use of prescribed medication, which precludes his deposition on or before September 24, 2009. Additionally, Movants have attempted to schedule the deposition of MGSI through Dr. Karas, who likewise has multiple conflicts. As a result, the deposition date has been moved to September 28, 2009 based on the request of Dr. Karas. Obviously, that deposition date was acceptable in connection with an October 1 hearing but is clearly problematic based on the existing hearing date of September 24.

5. Based on the foregoing, and certain other discovery which has been propounded (two Requests for Production to the Trustees), the hearing now schedule for September 24 must be reset. Again, although the rescheduling of the October 1 hearing was unopposed, at no time did Movants agree, or for that matter were consulted, with regard to an earlier hearing date of September 24, 2009.

6. Additionally, a variety of other motions were scheduled for October 1, 2009, per the Court's Scheduling Order to be heard at the same time as the Trustee's Stipulation. For some unknown reason, the new order continuing hearings dated September 15, 2009 (D.E. # 196) purports to continue those other motions. Respectfully, and as contemplated by the Court at the hearing on August 26, those other motions should be considered at the same time and/or in connection with any hearing on the Trustee's Stipulation. Again, at no time were Movants consulted with regard to the rescheduling of said motions, nor provided advance notice of same.

7. Undersigned has requested Trustee Osborne to reset the hearing but no response has been provided.

8. Accordingly, for the reasons set forth herein, including the inability to complete discovery, which right the Court recognized in its Scheduling Order, Movants seek the entry of any order resetting the hearings previously set for October 1, 2009 but now scheduled in part on September 24, 2009, to a alternative, mutually convenient date for the Court and parties. Movants would suggest a telephonic hearing so as to allow the court to address the issues raised herein on an expedited basis.

**WHEREFORE**, Creditors, CHURCH OF SCIENTOLOGY INTERNATIONAL, and BRIDGE PUBLICATIONS, INC. respectfully request the entry of an Order resetting

the hearings in connection with the various motions initially scheduled to be considered on October 1, 2009 at 9:30 a.m., and for such other and further relief as this Court may deem to be just and proper.

Dated: September 17, 2009

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

>Respectfully submitted,
>
>ADORNO & YOSS LLP
>
>By: /s/ Alan J. Perlman
>   Alan J. Perlman
>   Florida Bar Number: 826006
>   Shirin Movahed
>   Florida Bar Number: 031546
>   350 East Las Olas Boulevard, Suite 1700
>   Fort Lauderdale, Florida 33301-4217
>   Phone: (954) 763-1200
>   Fax: (954) 766-7800
>   aperlman@adorno.com
>   smovahed@adorno.com
>   Attorneys for Creditors:
>   CHURCH OF SCIENTOLOGY INTERNATIONAL
>   BRIDGE PUBLICATIONS, INC.

## CERTIFICATE OF SERVICE

I HEREBY FURTHER CERTIFY that on this 17th day of September, 2009 a copy of the foregoing Motion was served via CM/ECF to participants who have consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said parties.

By: /s/ Alan J. Perlman
Alan J. Perlman
Florida Bar Number: 826006
Shirin Movahed
Florida Bar Number: 031546
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301-4217
Phone: (954) 763-1200
Fax: (954) 766-7800
aperlman@adorno.com