UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE :

CREATIVE DESPERATION INC.,      Case No. 08-19067-RBR
a/k/a PETER LETTERESE &          Chapter 7 Case
ASSOCIATES INC.,

    Debtor.
_____/

### NOTICE OF EDWARDS ANGELL PALMER & DODGE LLP, SIMEON BRIER, ANTOINETTE THEODOSSAKOS, GARY WOODFIELD, DR. L. SCOTT BRODY, DR. DOUGLAS NESS, DR. MARC A. SCHWARTZ, AND SCHWARTZ DENTAL PRACTICE OF ADOPTION OF "MOTION TO RESET HEARINGS PREVIOUSLY SCHEDULED FOR OCTOBER 1, 2009 PER PRIOR COURT ORDER"

Dr. Douglas G. Ness, Dr. Marc A. Schwartz, Schwartz Dental Practice, Dr. L. Scott Brody, Edwards Angell Palmer and Dodge LLP, Simeon Brier, Antoinette Theodossakos and Gary Woodfield (collectively the "EAPD Group"), by and through their undersigned counsel, hereby respectfully request that this Court take notice that the EAPD Group hereby adopts the Creditors', CHURCH OF SCIENTOLOGY INTERNATIONAL, ("CSI") and BRIDGE PUBLICATIONS, INC. ("BPI") "Motion to Reset Hearings Previously Scheduled for October 1, 2009 per Prior Court Order" (and all arguments contained therein), filed on or about September 17, 2009, by Alan J. Perlman, Esq. on behalf of Creditors in this matter.

Dated: September 18, 2009.

PMB 384736.1

**EDWARDS ANGELL PALMER & DODGE LLP**

Attorneys for Defendants, EDWARDS ANGELL
PALMER & DODGE LLP, and SIMEON D. BRIER
1 North Clematis Street, Suite 400
West Palm Beach, FL 33401
(561) 833-7700 Telephone
(561) 655-8719 Facsimile
E-mail: sbrier@eapdlaw.com

By: /s/ SDB/ FL Bar 58441
Simeon D. Brier
Florida Bar No. 525782

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this 18th day of September, 2009, on all counsel of record or *pro se* parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

/s/ SDB/ FL Bar 58441
Simeon D. Brier

## SERVICE LIST

Ariel Rodriguez
Office of the U.S. Trustee
51 SW 1 Avenue #1204
Miami, FL  33130

Marika Tolz
1804 Sherman Street
Hollywood, FL 33020
Marikatolz@aol.com

Robin R. Weiner
Chaper 13 Trustee
ecf@ch13weiner.com; ecf2@ch13weiner.com

Leslie Osborn
Chapter 7 Trustee
Email:  lsotrustee@arnstein.com

Rappaport Osborne & Rappaport
1300 N. Federal Highway, Ste. 203
Boca Raton, FL  33433
les@kennethrappaportlawoffice.com

Nemia L Schulte, Esq
2401 E Atlantic Blvd # 400
Pompano Bch, FL 33062
nemia2000@aol.com

Charles Franken
frankencdf@aol.com

Alan J. Perlman
Adorno & Yoss
350 E. Las Olas Blvd., Ste. 1700
Ft. Lauderdale, FL  33301

Barry Gruher
John H. Genovese
Genovese, Joblove, Battista
200 E. Broward Blvd., Ste. 1110
Ft. Lauderdale, FL  33301
jgenovese@gjb-law.com

Arnstein & Lehr PA
200 E. Las Olas Blvd. #1700
Ft. Lauderdale, FL  33301-3404

Creative Desperation, Inc.
4581 Weston Road, #305
Weston, FL  33331

Peter D. Letterese
14581 Old Sheridan Street
Southwest Ranches, FL  33330