**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

                                               CASE NO.  08-19067-BKC-JKO

CREATIVE DESPERATIONS, INC.            Chapter 7
a/k/a PETER LETTERESE & ASSOCIATES,

        Debtor.
_____/

**NOTICE OF FILING**
**AFFIDAVIT OF JOHN H GENOVESE, ESQ.**
**PURSUANT TO ORDER AND MEMORANDUM OPINION [D.E. 315, 321]**
**GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AND**
**CONTEMPT AGAINST CHARLES D. FRANKEN, ESQ. [D.E. 148] AND DENYING**
**FINAL FEE APPLICATION OF CHARLES D. FRANKEN, ESQ. [D.E. 190]**

Marika Tolz, the Chapter 7 Trustee for the bankruptcy estate of Creative Desperations, Inc. a/k/a Peter Letterese & Associates, by and through undersigned counsel, hereby gives notice of filing the Affidavit of John H. Genovese, Esq. Pursuant to Order and Memorandum Opinion [D.E. 315, 321] Granting Chapter 7 Trustee's Motion for Sanctions and Contempt Against Charles D. Franken, Esq. [D.E. 148] and Denying Final Fee Application of Charles D. Franken, Esq. [D.E. 190].  *See* Exhibit "A.".

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

**Dated the 25<u>th</u> day of September, 2009.**

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel for Marika Tolz, Chapter 7 Trustee for*
*the bankruptcy estate of Creative Desperation, Inc.*
Bank of America Tower
100 SE Second Street, 44th Floor
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310


By:/s/ John H. Genovese
   John H. Genovese, Esq.
   Florida Bar No. - 280852
   Barry P. Gruher, Esq.
   Florida Bar No. 960993
   Jesus M. Suarez, Esq.
   Florida Bar No. 60086


<u>**CERTIFICATE OF SERVICE**</u>

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court

for the Southern District of Florida and I am in compliance with the additional qualifications to

practice in this court set forth in Local Rule 2090-1(A).

    **I HEREBY CERTIFY** that a true copy of the foregoing was served via Notice of

Electronic Filing to all parties on the attached service list 25<u>th</u> day of November, 2008.

By:     /s/ John H. Genovese
          John H. Genovese, Esq.

2

## **SERVICE LIST**

Ariel Rodriguez
Office of the US Trustee
51 SW 1 Ave., #1204
Miami, FL 33130

Marika Tolz
1804 Sherman Street
Hollywood, FL 33020

Charles D. Franken, Esq.
8181 W. Broward Blvd., # 360
Plantation, FL 33324

Nemia L. Schulte, Esq.
2401 E. Atlantic Blvd., # 400
Pompano Bch, FL 33062

Michele R. De Bianchi, Esq.
Levey, Filler, Rodriguez, Kelso &
DeBianchi, LLP
555 NE 15 Street, Suite 104
Miami, FL 33132

Alan J. Perlman. Esq.
Adorno & Yoss
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Florida 33301

Simeon D. Brier, Esq.
Edwards Angell Palmer & Dodge LLP
1 N. Clematis Street, Suite 400
West Palm Beach, Florida 33401-5552

Kenneth M. Jones, Esq.
Moody Jones & Montefusco
1333 S. University Dr., Suite 201
Plantation, Florida 33324

# EXHIBIT

## "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                          CASE NO. 08-19067-BKC-JKO

CREATIVE DESPERATIONS, INC.,                    CHAPTER 7
a/k/a PETER LETTERESE & ASSOCIATES

     Debtor.

_____/

**AFFIDAVIT OF JOHN H GENOVESE, ESQ.**
**PURSUANT TO ORDER AND MEMORANDUM OPINION [D.E. 315, 321]**
**GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AND**
**CONTEMPT AGAINST CHARLES D. FRANKEN, ESQ. [D.E. 148] AND DENYING**
**FINAL FEE APPLICATION OF CHARLES D. FRANKEN, ESQ. [D.E. 190]**

STATE OF FLORIDA              )
                              )ss:
COUNTY OF MIAMI-DADE          )

     I, John H. Genovese, being first duly sworn on oath, deposes and says that:

     1.     I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and the United States Bankruptcy Court for the Southern District of Florida.

     2.     I am a partner with the law firm of Genovese Joblove & Battista, P.A. ("GJB") with offices located at the Bank of America Tower, 100 Southeast Second Street, 44th Floor, Miami, Florida 33131.

     3.     Marika Tolz, the duly appointed Chapter 7 Trustee for the bankruptcy estate of the above-referenced Debtor, retained me and GJB as general counsel to the Estate. The Court approved the retention on September 30, 2009 [C.P. 125].

4.      I have read the Order and Memorandum Opinion [D.E. 315, 321] Granting Chapter 7 Trustee's Motion for Sanctions and Contempt Against Charles D. Franken, Esq. [D.E. 148] and Denying Final Fee Application of Charles D. Franken, Esq. [D.E. 190] (the "Order Granting Motion for Sanctions").

5.      Pursuant to the Order Granting Motion for Sanctions, attached as Exhibit "1" to this affidavit is a statement of professional fees incurred by the Trustee in connection with prosecuting the Motion for Sanctions. *See* Order Granting Motion for Sanctions at p. 26, ¶6.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John H. Genovese, Esq.

Sworn to and subscribed before me this _25_ day of September 2009, by John H. Genovese.

_____
Notary Public, State of Florida: _____
Personally Known __✓__ or Produced Identification ____
Type of Identification Produced: _____

JEAN MARIE WILSON
MY COMMISSION # DD703382
EXPIRES: October 25, 2011
1-800-3-NOTARY    Fl. Notary Discount Assoc. Co.

2

### Genovese Joblove & Battista, P.A.

Bank of America Tower
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone (305) 349-2300    Facsimile (305) 349-2310
Employer ID# 65-0518134

Tolz - Creative Desperations

September 24, 2009
Inv. # 55464
File # 8964-002

Re:  Creative Desperation / Litigation

Statement for Services Rendered Through        Aug 31/09

| | | - - - Legal Fees - - - | | |
|---|---|---|---|---|
| 06/08/09 | JHG | Preparation for hearing on motion for sanctions; attention to issues of fees incurred by trustees's counsel because of actions by Franken | 2.00hr $540.00/hr | $1,080.00 |
| 06/11/09 | BPG | Follow up with J. Suarez re: review of C. Franken's Request for Production of Documents to Trustee Marika Tolz with respect to Motion for Sanctions and preparation of responses to discovery (.6). | 0.60hr $375.00/hr | $225.00 |
| 06/11/09 | JMS | Strategy conference with B. Gruher to review discovery responses to C. Franken | 0.30hr $200.00/hr | $60.00 |
| 06/12/09 | JMS | Review time records in anticipation of hearing | 0.40hr $200.00/hr | $80.00 |
| 06/12/09 | JMS | Status conference with BPG re Franken Sanction Trial, Strategy conference with JHG regarding preparation for Franken Sanctions Trial. | 1.50hr $200.00/hr | $300.00 |
| 06/12/09 | JMS | Review and isolate time entrys attributable to Franken's malfeasance. | 2.00hr $200.00/hr | $400.00 |
| 06/15/09 | JMS | Draft Response to Charles D. Franken's First Request for Production to Trustee. | 1.60hr $200.00/hr | $320.00 |
| 06/15/09 | JMS | Prepare documents for production to Charles D. Franken in connection with Trustee's Motion for Sanctions and Contempt. | 3.60hr $200.00/hr | $720.00 |
| 06/15/09 | CAG | Assist Attorneys with the preparation of trial. | 3.30hr $110.00/hr | $363.00 |
| 06/16/09 | JHG | Review issues regarding exhibit lists and production of documents | 2.00hr $540.00/hr | $1,080.00 |

Page  1

EXHIBIT
" 1 "

*Tolz - Creative Desperations*
**8964-002**

File # 8964-002
Inv. # 55464

| Date | Init. | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 06/16/09 | BPG | Preparation for evidentiary hearing on Motion for Sanctions against C. Franken with J. Suarez and J. Genovese (1.0). | 1.00hr $375.00/hr | $375.00 |
| 06/16/09 | JMS | Attention to production of documents to Charles D. Franken. | 0.80hr $200.00/hr | $160.00 |
| 06/16/09 | JMS | Prepare notice of service of response and objections to Charles D. Franken's Request for Production in connection with Trustee's Motion for Sanctions and Contempt. | 0.30hr $200.00/hr | $60.00 |
| 06/16/09 | CAG | Continued assistance with the preparation of trial. | 5.00hr $110.00/hr | $550.00 |
| 06/17/09 | BPG | Follow up with J. Suarez and C. Franken re: document production and finalzing Exhibit Registers in connection with hearing on Motion for Sanctions (.6); Follow up with J. Suarez re: Motion to Abandon Claims (.3). | 0.90hr $375.00/hr | $337.50 |
| 06/17/09 | JMS | Finalized trial exhibit registers in connection with Trustee's Motion for Sanctions and Contempt against Charles D. Franken. | 3.20hr $200.00/hr | $640.00 |
| 06/17/09 | CAG | Continued assistance with trial preparation. | 7.00hr $110.00/hr | $770.00 |
| 06/18/09 | JHG | Work on issues regarding pre-trial order on motion for sanctions | 0.80hr $540.00/hr | $432.00 |
| 06/18/09 | BPG | Preparation for hearing on Motion for Sanctions with J. Suarez | 0.80hr $375.00/hr | $300.00 |
| 06/18/09 | JMS | Review and finalize exhibit registers in connection with Trustee's Motion for Sanctions and Contempt. | 1.90hr $200.00/hr | $380.00 |
| 06/19/09 | JMS | Gather information in support of sworn direct testimony of John Genovese in connection with Trustee's Motion for Sanctions and Contempt Against Charles D. Franken, proof same. | 2.60hr $200.00/hr | $520.00 |
| 06/22/09 | JHG | Preparation for and attendance at hearing on Motion for Sanctions (2.7); review transcripts; review Franken's exhibits; review Franken deposition (2.2); review Letterese 341 transcript (1.3) | 6.20hr $540.00/hr | $3,348.00 |
| 06/22/09 | JMS | Draft pre-trial order re Trustee's Motion for Sanctions and Contempt | 3.20hr $200.00/hr | $640.00 |
| 06/22/09 | JMS | Continued trial preparation (Motion for Sanctions and Contempt v. Charles Franken) | 2.00hr $200.00/hr | $400.00 |
| 06/22/09 | CAG | Continued assistance with trial preparation; assist with the serving of trial subpoena on P. Letterese (3); finalize, file and serve MGSI complaint on Defendants (1). | 4.00hr $110.00/hr | $440.00 |
| 06/23/09 | JHG | Attend hearing on Motion for Sanctions; conference with Letterese's counsel | 4.50hr $540.00/hr | $2,430.00 |

***Tolz - Creative Desperations***
**8964-002**

File # 8964-002
Inv. # 55464

| Date | Initials | Description | Hours/Rate | Amount |
|------|----------|-------------|-----------|--------|
| 06/23/09 | BPG | Receipt and review of Pretrial Order with revisions from C. Franken (.3); Preparation for and attendance at Motion for Sanctions with J. Genovese and J. Suarez (6.8). | 7.10hr $375.00/hr | $2,662.50 |
| 06/23/09 | JMS | Prepare for and participate in Trial re Motion for Sanctions and Contempt (7); r/t travel to Fort Lauderdale (1.2); | 8.20hr $200.00/hr | $1,640.00 |
| 06/23/09 | CAG | Assist Atty. Suarez with the finalization of documents for trial. | 2.00hr $110.00/hr | $220.00 |
| 06/24/09 | JMS | Research in support of proposed findings of fact and conclusions of law in connection with Trustee's Motion for Sanctions and Contempt Against Charles D. Franken. | 1.60hr $200.00/hr | $320.00 |
| 07/06/09 | JMS | Work on FOFCOL in connection with Trustee's Motion for Sanctions and Contempt Against Charles D. Franken | 1.20hr $200.00/hr | $240.00 |
| 07/07/09 | BPG | Interoffice meetings with J. Suarez and C. Berger re: preparation of proposed Findings of Fact and Conclusions of Law in connection with evidentiary hearing on Motion for Sanctions against C. Franken, Esq. | 1.50hr $375.00/hr | $562.50 |
| 07/07/09 | JMS | Attention to pre-trial deadlines | 0.20hr $200.00/hr | $40.00 |
| 07/07/09 | JMS | Work on FOFCOL in connection with Trustee's Motion for Sanctions and Contempt Against Charles D. Franken | 4.50hr $200.00/hr | $900.00 |
| 07/07/09 | CB | Working on Conclusions of Law Section for Motion for Sanctions for JMS and BPG and JHG.  Gathering pertinent law. Conducting Research. | 3.20hr $200.00/hr | $640.00 |
| 07/08/09 | JMS | Work on FOFCOL in connection with Trustee's Motion for Sanctions and Contempt Against Charles D. Franken | 0.80hr $200.00/hr | $160.00 |
| 07/08/09 | CB | Working on Conclusions of Law Section for Motion for Sanctions for JMS and BPG and JHG.  Drafting of Conclusions of Law Section | 5.70hr $200.00/hr | $1,140.00 |
| 07/08/09 | CB | Drafting changes to Conclusions of law section for JMS | 1.80hr $200.00/hr | $360.00 |
| 07/09/09 | JMS | Work on FOFCOL in connection with Trustee's Motion for Sanctions and Contempt Against Charles D. Franken | 3.50hr $200.00/hr | $700.00 |
| 07/09/09 | CB | Research for Jesus Suarez on Attorney's duty of independent professional judgment. | 2.10hr $200.00/hr | $420.00 |
| 07/10/09 | CB | Finding Caselaw for Jesus for Sanctions Motion | 1.30hr $200.00/hr | $260.00 |
| 07/13/09 | JHG | Work on issues regarding sanctions against C. Franken | 3.00hr $540.00/hr | $1,620.00 |
| 07/13/09 | JMS | Continue working on Proposed Findings of Fact and Conclusions of Law re Motion for Sanctions and Contempt against Charles Franken | 5.20hr $200.00/hr | $1,040.00 |

*Tolz - Creative Desperations*
**8964-002**

File # 8964-002
Inv. # 55464

| Date | Prof. | Description | Hours | Amount |
|---|---|---|---|---|
| 07/14/09 | JMS | Continue working on Proposed Findings of Fact and Conclusions of Law re Motion for Sanctions and Contempt against Charles Franken | 5.60hr $200.00/hr | $1,120.00 |
| 07/15/09 | JMS | Continue drafting proposed Findings of Facts and Conclusions of Law on Trustee's Motion for Sanctions Against Charles D. Franken. | 8.50hr $200.00/hr | $1,700.00 |
| 07/16/09 | JMS | Research and draft emails to J. Genovese in support of Proposed Findings of Fact and Conclusions of Law re Trustees Motion for Sanctions and Contempt against Charles Franken. | 2.60hr $200.00/hr | $520.00 |
| 07/17/09 | JHG | Work on proposed finding and conclusion regarding contempt against C. Franken | 5.00hr $540.00/hr | $2,700.00 |
| 07/17/09 | JMS | Revise Proposed Findings of Facts and Conclusions of Law on Trustee's Motion for Sanctions Against Charles D. Franken, proof and submit to Court (4.6); draft transmittal letter to Court (.4); revise fee statement (1.8); research additional case law for incorporated memorandum (2) | 8.80hr $200.00/hr | $1,760.00 |
| 07/20/09 | JHG | Review Franken's proposed findings and conclusions | 0.80hr $540.00/hr | $432.00 |
| | | Total Legal Fees . . . | 145.70 | $37,567.50 |

**FEE SUMMARY:**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| John H Genovese | 24.30 | $540.00 | $13,122.00 |
| Barry P Gruher | 11.90 | $375.00 | $4,462.50 |
| Jesus M Suarez | 74.10 | $200.00 | $14,820.00 |
| Carol A Greco | 21.30 | $110.00 | $2,343.00 |
| Chase Berger | 14.10 | $200.00 | $2,820.00 |
| **Total Legal Fees . . .** | **145.70** | | **$37,567.50** |

| | |
|---|---|
| Total Invoice | $37,567.50 |
| **OUTSTANDING BALANCE** | **$37,567.50** |

TRUST BALANCE          $0.00