UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

CREATIVE DESPERATION INC.

Case No 08-19067 BKC JKO
Chapter 7 Converted from 11

Debtor
_____

CHARLES D. FRANKEN AND CHARLES D. FRANKEN PA EX PARTE MOTION FOR PERMISSION TO APPEAR IN SPECIFIC BANKRUPTCY PROCEEDINGS DURING SUSPENSION OF BANKRUPTCY PRACTICE

COMES NOW CHARLES D. FRANKEN AND CHARLES D. FRANKEN PA (collectively referred to as "Franken") who by and through his undersigned attorney hereby files this Ex Parte Motion for Court permission to appear in bankruptcy Court during the time of the present suspension of bankruptcy practice of Franken for the following limited matters only which are requested of necessity, as follows:

1. This Court on September 11, 2009 issued its Order and Memoranda suspending Franken from the practice of bankruptcy for 6 months effective 30 days after September 11, 2009. There is a motion for rehearing pending to be heard on October 29, 2009.

2. Franken is also ordered by the Court to appear on October 13, 2009 in the Matter of Marcel Kodjo 09-14046 JKO. ("Kodjo"). Franken requests that this Court enter an order permitting Franken to appear on October 13, 2009 hearing so that Franken will not violate this Court's order in this case by appearing or violate the Court's order in the Kodjo matter by not appearing. In compliance with the Court's order Franken will be substituted out as counsel for the Debtor in the Kodjo matter at the time of the October 13, 2009 hearing so that the Debtor is being represented by an attorney other than Franken thereafter.

3. Franken is also required by this Court to appear in the Adversary proceeding filed in this Case entitled Tolz v. MGSI et al ADV 09-1649 ("Adversary Proceeding") for the October 23, 2009 hearing. Franken requests that this Court grant special permission for Franken to appear for the October 23, 2009 hearing and all other hearings, if any for that Adversary proceeding and that Franken shall be permitted to file any documents for Franken in that proceeding through dismissal, final judgment and appeal. Franken is representing only Franken in that proceeding.

4. Franken further requests that this Court grant permission for Franken to appear on October 29, 2009 at the hearing on Franken's Motion for rehearing in this proceeding. ("Main Case"). Further, Franken requests that this Court permit Franken to appear for any further matters in this Main case which relates to Franken as a party, including all further hearings, appeals and other proceedings as they relate to Franken. Franken intends to represent himself in this proceeding and should not be barred by the bankruptcy suspension from representing Franken in this proceeding.

5. It is requested that the Court order include the right of Franken to file electronically with the Clerk and to serve notice upon all parties, such documents limited to the Kodjo case, the Adversary Proceeding and this Main Case as it relates to Franken, to comply with all requirements of those proceedings as the party and counsel.

6. This motion is sent to comply with the Court's order relating to the suspension Franken, such that as to the matters to which Franken is a party or is ordered to appear in the Kodjo case,

Franken will be permitted to continue to appear before this Court and to file documents relating to Franken's involvement. Except for these matters, Franken will not be practicing bankruptcy in compliance with the Court's Order commencing 30 days from September 11, 2009 for 6 months and upon further Order of this Court or other Court having jurisdiction over the Main Case.

7. It is not believed that any party to this proceeding would oppose this Motion and thus it is requested that this Court enter the order as proposed and attached Ex Parte.

8. This motion is sent to avoid delay and to make certain that Franken is in full compliance with the Court's Order and does not violate any order of the Court. Franken wishes only to represent Frankens' interest and no other party after 30 days from September 11, 2009 with the exception relating to the Kodjo matter which hearing has been continued by the Court to October 13, 2009.

9. If the Court determines a hearing is required, it is respectfully requested that the Court expedite the hearing prior to October 13, 2009.

WHEREFORE the good cause shown, Charles D. Franken and Charles D. Franken PA respectfully request this Court to enter an Ex Parte Order to permit Franken to appear on October 13, 2009 hearing in the Kodjo case; to appear on October 23, 2009 hearing on the Adversary proceeding and to be permitted to represent Franken in the Adversary Proceeding including electronic filing as may be required through dismissal, or final judgment or appeals; to appear on October 29, 2009 hearing on this Main Case including electronic filing as may be required through dismissal, or final judgment or

appeals; and for the Court to direct the Clerk of the Bankruptcy Court to allow Franken to file all such documents relating to Franken in this Main Case and in the Adversary Proceeding, electronically including all further documents, appeals and other documents through the conclusion of the this Main Case and the Adversary Proceeding as it relates to Franken as a party in both matters, and other relief as this Court deems proper.

I hereby certify a true and correct copy of the foregoing was sent by electronic mail this 7 day of October 2009 to the following:

U.S. Department of Justice
Office of the United States Trustee Suite 1204
51 S.W. First Avenue
Miami, FL  33130

John Genovese Esq
Barry Gruher Esq
200 East Broward Blvd
Suite 1110
Fort Lauderdale, Fl. 33301

Marika Tolz
1804 Sherman Street
Hollywood, Fl.  33020

                                CHARLES D. FRANKEN PA
                                Attorney for Charles D. Franken
                                8181 W. Broward Blvd Suite 360
                                Plantation, Fl 33324
                                Tel (954) 476-7200
                                Fax (954) 424-0297
                                e mail frankencdf@aol.com

By:_____
       CHARLES D. FRANKEN FBN 224251