UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Case No 08-19067 BKC JKO

CREATIVE DESPERATION INC.                Chapter 7 Converted from 11

    Debtor

EX PARTE ORDER GRANTING CHARLES D. FRANKEN AND CHARLES D. FRANKEN
PA EX PARTE MOTION FOR PERMISSION TO APPEAR IN SPECIFIC BANKRUPTCY
PROCEEDINGS DURING SUSPENSION OF BANKRUPTCY PRACTICE

THIS CAUSE came onto be heard upon CHARLES D. FRANKEN AND

CHARLES D. FRANKEN PA (collectively referred to as "Franken") Ex

Parte Motion for Court permission to appear in Bankruptcy Court and

to be permitted to file documents electronically, during the time

of the present suspension of bankruptcy practice of Franken, for

specific limited matters only which are requested of necessity, and

the Court having reviewed the Motion and being fully advised in the

premises thereto does hereby:

ORDER CHARLES D. FRANKEN and CHARLES D. FRANKEN PA's Ex Parte

Motion is granted. Franken is granted permission to appear on

October 13, 2009 for the Marcel Kodjo matter 09-14046 hearing.

Franken is granted permission to appear on October 23, 2009 hearing

for the Adversary Proceeding ADV 09-1649 and all other hearings

relating to the Adversary Proceeding through the conclusion of the Adversary Proceeding including any appeals. Franken is granted permission to appear in this Bankruptcy Case on October 29, 2009 and for all other hearings as may be required which relate to Franken as a party including any appeals.

IT IS FURTHER ORDERED that Franken is granted permission to file electronically any and all documents and to receive them electronically for the Adversary Proceeding 09-1649 and for this Case 08-19067 to represent Franken in this proceeding including any appeals. The Clerk of the Court is directed to permit Franken to file electronically any and all filings, for these two proceedings only and not to accept any other filings after October 12, 2009, until further order of this Court.

#     #          #

Copies furnished by Clerk of Court to all interested parties