UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

CREATIVE DESPERATION INC.

Case No 08-19067 BKC JKO
Chapter 7 Converted from 11

Debtor
_____

CHARLES D. FRANKEN AFFIDAVIT IN COMPLIANCE WITH ORDER DE 315 AND MEMORANDUM OPINION AND AMENDED ORDER DATED SEPTEMBER 14, 2009, GRANTING CHAPTER 7 TRUSTEE MOTION FOR SANCTIONS AND CONTEMPT DE 148 AND DENYING FINAL FEE APPLICATION OF CHARLES D. FRANKEN ESQ. DE 190

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE me the undersigned attorney personally appeared CHARLES D. FRANKEN who after being duly sworn and deposed does state the following:

1. This affidavit is made upon personal knowledge.

2. This affidavit is submitted in compliance with the Court's Order referenced above.

3. The fees and costs received by Charles D. Franken PA on behalf of the Debtor in connection with this bankruptcy case in the bankruptcy court filings are the following:

| | | | |
|---|---|---|---|
| a. | June 4, 2008 | $4,000.00 | |
| b. | June 5, 2008 | $ 1,200.00 | Costs |
| c. | Aug 11, 2008 | 7,500.00 | Fees/Costs |
| d. | Aug 14, 2008 | 425.00 | |

A check for these sums in paragraph 3 herein, concurrently with this affidavit is being sent to the Trustee under protest and with full reservation of all rights including all appellate rights to seek return of these funds, to be in compliance with the Court's order.

4. To provide full disclosure to the Court, the following sums

were received at the direction of Peter Letterese for services and costs, rendered at the direction of Peter Letterese, paid at the direction of Peter Letterese, from funds none of which were paid by the Debtor, after the filing of the bankruptcy of the Debtor, which work related to Peter Letterese and Debtor jointly in connection with State and Federal court litigation, except for $1,000.00.00 which related solely to Peter Letterese challenge a debt against Peter Letterese which had been improperly entered by the State Court:

    a. July 8, 2008 - $18,650.00 for services rendered prior to the commencement of the bankruptcy case.

    b. August 8, 2008 - $7,000.00

    c. August 11, 2008- $6,500.00

    d. August 14, 2008- $300.00 costs only

    5. Since none of the above services were rendered at the direction of the Debtor or paid by the Debtor, it is submitted that none of these fees are required to be disgorged by the Court order. Further the work was billed to Peter Letterese who was a party in all proceedings.

    6. All services and all fees after the order of conversion of September 8, 2008, were rendered solely at the direction of Peter Letterese as I complied with the Court's order not to act for the Debtor in any capacity upon the Order of Conversion. Thus the fees and costs below should not be disgorged by the Court order. These services were not rendered for the Debtor and not rendered as attorney for the Debtor in any capacity. The work involved representation of Peter Letterese alone in the Federal and State

Court actions primarily. Certain of the work was performed in this bankruptcy Court for Peter Letterese and Barbara Letterese, which the Court order details the relevant actions, motions filed and hearings thereon. None of the work was performed to intend to harm the Debtor's estate. The fees and costs were paid solely at the direction of Peter Letterese from funds that were not paid by the Debtor or on behalf of the Debtor, but paid for and on behalf of Peter Letterese, were the following:

    a. September 25, 2008- $8,000.00

    b. October 17, 2008- $10,806.74

    c. October 17, 2008- $5,706.00

    d. October 27, 2008- $2,500.00

    e. October 31, 2008 - $1,500.00 costs only

    f. December 5, 2008 $12,285.00.

FURTHER AFFIANT SAYETH NOT.

_____
CHARLES D. FRANKEN

STATE OF FLORIDA §
COUNTY OF BROWARD §

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgements, personally appeared Charles D. Franken known to me personally known to be the person described and who executed the foregoing instrument and who acknowledged before me that he executed the same and did take an oath.

WITNESS my hand and official seal in the County and State last aforesaid this 9th. day of October, 2009.

_____
NOTARY PUBLIC STATE OF FLORIDA
NAME: LINDA KIEFHABER

My commission expires:



LINDA KIEFHABER
MY COMMISSION # DD 693093
EXPIRES: July 26, 2011
Bonded Thru Notary Public Underwriters

3

I hereby certify that a true and correct copy of the foregoing was sent by electronic notice this 9 day of October 2009 to the following:

U.S. Department of Justice
Office of the United States Trustee
Suite 1204
51 S.W. First Avenue
Miami, FL  33130

Marika Tolz
for Creative Desperation
4801 Sherman St
Hollywood Fl 33021

Barry Gruher Esq
John Genovese Esq
200 East Broward Blvd
Suite 1110
Fort Lauderdale, Fl. 33301

                              CHARLES D. FRANKEN PA
                              Attorney for FRANKEN
                              8181 W. Broward Blvd
                              Suite 360
                              Plantation, Fl 33324
            Tel 954 476 7200 Fax 954 424-0297
                              frankencdf@aol.com

                   By:_____
                        CHARLES D. FRANKEN 224251