

**ORDERED in the Southern District of Florida on May 26, 2011.**

John K. Olson, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:

**CREATIVE DESPERATION INC.**

Case No 08-19067 BKC JKO
Chapter 7 Converted from 11

　　　Debtor
　　　_____/

**AGREED ORDER ON CHARLES D. FRANKEN P.A. AND CHARLES D. FRANKEN EMERGENCY MOTION TO VACATE ORDER DENYING TRUSTEE'S MOTION TO VACATE STAY ORDER**

**THIS MATTER** came before the Court on <u>April 19, 2011 at 3:00 p.m.</u> upon (i) Charles D. Franken And Charles D. Franken P.A.'s Emergency Motion To Vacate Order Ruling Upon Motion To Vacate Or Increase Bond [D.E. 550] Or To Reconsider Same Or To Stay The Case Pending Appeal To The Eleventh Circuit Court Of Appeals Or Motion To Require Trustee To Return To Bond Funds To The Clerk Of Court [D.E. 551] (the "Emergency Motion"); and (ii) Limited Response To Charles D. Franken And Charles D. Franken PA Emergency Motion To Vacate Order

Ruling Upon Motion To Vacate Or Increase Bond [D.E. 550] Or To Reconsider Same Or To Stay The Case Pending Appeal To The 11th Circuit Court Of Appeals Or Motion To Require Trustee To Return To Bond Funds To The Clerk Of Court (the "Limited Response") [D.E. 551] filed by Barry Mukamal, as Successor Chapter 7 Trustee (the "Successor Trustee") for the bankruptcy estate of Creative Desperation, Inc. (f/k/a Peter Letterese & Associates, Inc.)(the "Debtor" or "Estate").

The Court has been advised that Franken has filed in the 11th Circuit Court of Appeals (the "Eleventh Circuit"), Charles D. Franken and Charles D. Franken, P.A.'s Emergency Motion to Continue and Maintain the Stay Entered by the Bankruptcy Court, to Reverse the District Court's Denial of the Stay, to Reverse the Bankruptcy Court's Order to Release Funds While this Appeal is Pending Without a Hearing or Opportunity to be Heard, and Maintain the Stay Pending Appeal to this Court and all Further Courts of Final Sanction Order Requiring Payment of Sanctions and Memorandum in Support(the "Emergency Motion For Stay Pending Appeal"), for which the Successor Trustee has filed a Response in Opposition to Appellants Charles D. Franken and Charles D. Franken, P.A.'s Emergency Motion for Stay Pending Appeal (the "Response"), together with Appellee, Barry Mukamal, Successor Chapter 7 Trustee's (I) Supplemental Response in Opposition by Appellee, Barry Mukamal, Successor Trustee, to Appellants, Charles D. Franken and Charles D. Franken, P.A.'s Emergency Motion to Continue and Maintain the Stay Entered by the Bankruptcy Court, to Reverse the District Court's Denial of the Stay, to Reverse the Bankruptcy Court's Order to Release Funds While this Appeal is Pending Without a Hearing or Opportunity to be Heard, and Maintain the Stay Pending Appeal to this Court and all Further Courts of Final Sanction Order Requiring Payment of Sanctions and Memorandum in Support; and (II) Motion to Relinquish Jurisdiction for the Limited Purpose of Allowing the District Court to Determine Appellee's Entitlement to, and Award, Appellate Attorneys' Fees ("Supplemental Response") to which Franken has filed further responses in the Eleventh Circuit; and has further been advised that the Successor Trustees has agreed in this Court not to execute upon the supersedeas bond posted by Franken until such time as the Eleventh Circuit has entered an order adjudicating the Emergency Motion For Stay

2

Pending Appeal, together with the Successor Trustee's Response and Supplemental Response thereto, and all replies and responses thereto as may be necessary, and the Court being advised that the parties are in agreement to this Order as announced in open court on April 19, 2011, and being otherwise duly advised in the premises, it is,

**ORDERED**, as follows:

1. The supersedeas bond posted by Franken with the Clerk of the Bankruptcy Court pursuant to this Court's Order Upon Charles D. Franken And Charles D. Franken P.A.'s Motion For Stay Pending Appeal Of Final Sanction Order Requiring Payment Of Sanctions And To Permit Posting Of Supersedeas Bond, Motion For Reapplication To Practice Bankruptcy Upon Posting Of The Supersedeas Bond [D.E. #522] shall remain in place with the Clerk of the Bankruptcy Court until such time as the Eleventh Circuit has entered an order adjudicating Franken's Emergency Motion For Stay Pending Appeal, and Successor Trustee's Response and Supplemental Response and responses thereto (collectively, the "11th Cir. Stay Motions").

2. The Successor Trustee shall not seek relief relating to the release and disbursement of the supersedeas bond from the Clerk of the Bankruptcy Court until such time as the Eleventh Circuit issues a mandate, order or rules on the 11th Cir. Stay Motions; provided however, that in the event the stay is lifted as to the supersedeas bond by the Eleventh Circuit to permit the Successor Trustee to seek the supersedeas bond, then in such event, the Successor Trustee shall file a motion seeking approval from Bankruptcy Court for release and disbursement of the supersedeas bond from the Clerk of the Bankruptcy Court and the Court shall conduct a hearing upon same before entering any order as to any release or disbursement as to the supersedeas bond.

3. This Order shall be deemed to modify and clarify this Court's Order permitting the Trustee to claim the bond (D.E. #550).

4. Should Franken prevail in the Eleventh Circuit on the appeal, then in such event, Franken shall file a motion seeking approval of the Bankruptcy Court for release and disbursement of the supersedeas bond from the Clerk of the Bankruptcy Court and the Court shall conduct a

hearing upon same before entering any order as to any release or disbursement as to the supersedeas bond.

###

**Submitted by:**
Barry P. Gruher, Esq.
Genovese Joblove & Battista, P.A.
Counsel for Successor Trustee
PNC Bank Building
200 East Broward Blvd., Suite 1110
Ft. Lauderdale, FL 33301
Phone:  954-453-8000
Fax:  954-453-8010
E-mail: bgruher@gjb-law.com