UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

**In re:**

**CREATIVE DESPERATION, INC.,**
a/k/a **PETER LETTERESE &**  **CASE NO. 08-019067-JKO**
**ASSOCIATES, INC.,**  Chapter 7

         **Debtor.**
_____/

### NOTICE OF CLOSING BY SUCCESSOR CHAPTER 7 TRUSTEE, BARRY MUKAMAL ON ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that on August 28, 2013, the Successor Trustee, Barry Mukamal, consummated the closing under terms and conditions of the Asset Purchase Agreement in this matter pursuant to the Court's (i) *Order Granting (1) Motion by Successor Chapter 7 Trustee, Barry Mukamal to (I) Assume and Assign Exclusive License Agreement as Executory Contract Pursuant to 11 U.S.C. Section 365; (II) Establishing Deadlines by Which (A) the Dane Estate May Declare a Default and/or Cure Amounts that May be Owed Under the Exclusive License Agreement and (B) Opportunity to Cure by Successor Trustee; and (III) Setting Further Hearing to Consider Default and/or Cure Amount for Assumption and Assignment of Executory Contract Pursuant to 11 U.S.C. Section 365 of the Bankruptcy Code; and (2) Setting Cure Hearing on Notice of Defualt and Cure Amount* [D.E. 713] and (ii) *Order Granting Ex-Parte Motion by Successor Chapter 7 Trustee, Barry Mukamal to Continue Hearing Pursuant to the Order (I) Declaring Waiver of Default and Cure Amounts for Exclusive License Agreements and (II) Setting Further Hearing on Sale Closing* [D.E. 723].

**Dated this 26<u>th</u> day of September, 2013.**

                                                              **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                                              *Attorneys for Successor Chapter 7 Trustee*
                                                               100 S.E. Second Street, 44th Floor
                                                                Miami, Florida 33131
                                                                Telephone No.: (305) 349-2300
                                                                Facsimile No.: (305) 349-2310

By: /s/ Barry P. Gruher
Barry P. Gruher, Esq.
Florida Bar No. 960993
bgruher@gjb-law.com
Jesus M. Suarez, Esq.
Florida Bar No. 60086
jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice was served to all registered users through the CM/ECF System and/or by U.S. Mail, Certified Mail and E-mail to all other parties on the attached service list on the 26th day of September, 2013.

By:/s/     Barry P. Gruher
Barry P. Gruher, Esq.

## SERVICE LIST

*Served Via CM/ECF Notification:*

Nicholas B Bangos on behalf of Interested Party American Arbitration Association
nbb@nickbangoslaw.com

Chase A Berger on behalf of Trustee Barry E Mukamal chase@bergerfirm.com

Simeon D Brier on behalf of Creditor Edwards Angell Palmer & Dodge LLP
ymurphy@edwardswildman.com;irabba@edwardswildman.com;jmcginley@edwardswildman.com

Simeon D Brier on behalf of Creditor Schwartz Dental Practice
ymurphy@edwardswildman.com;irabba@edwardswildman.com;jmcginley@edwardswildman.com

Simeon D Brier on behalf of Creditor Antoinette Theodossakos
ymurphy@edwardswildman.com;irabba@edwardswildman.com;jmcginley@edwardswildman.com

Simeon D Brier on behalf of Creditor Douglas G Ness
ymurphy@edwardswildman.com;irabba@edwardswildman.com;jmcginley@edwardswildman.com

Simeon D Brier on behalf of Creditor Gary Woodfield
ymurphy@edwardswildman.com;irabba@edwardswildman.com;jmcginley@edwardswildman.com

Simeon D Brier on behalf of Creditor L. Scott Brody
ymurphy@edwardswildman.com;irabba@edwardswildman.com;jmcginley@edwardswildman.com

Simeon D Brier on behalf of Creditor Marc A Schwartz
ymurphy@edwardswildman.com;irabba@edwardswildman.com;jmcginley@edwardswildman.com

Simeon D Brier on behalf of Creditor Simeon Brier
ymurphy@edwardswildman.com;irabba@edwardswildman.com;jmcginley@edwardswildman.com

Douglas C Broeker, Esq. on behalf of Creditor Peter Letterese
doug@broekerlaw.com, Jamie@broekerlaw.com;DocService@broekerlaw.com

Douglas C Broeker, Esq. on behalf of Defendant Barbara Fawcett
doug@broekerlaw.com, Jamie@broekerlaw.com;DocService@broekerlaw.com

Douglas C Broeker, Esq. on behalf of Defendant Peter Letterese
doug@broekerlaw.com, Jamie@broekerlaw.com;DocService@broekerlaw.com

Douglas C Broeker, Esq. on behalf of Defendant Ramona Letterese
doug@broekerlaw.com, Jamie@broekerlaw.com;DocService@broekerlaw.com

Douglas C Broeker, Esq. on behalf of Defendant Thomas John Karas
doug@broekerlaw.com, Jamie@broekerlaw.com;DocService@broekerlaw.com

David Marshall Brown on behalf of Attorney Douglas C. Broeker
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor MGSI, INC. a/k/a MGSI-KARAS
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Barbara Fawcett
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Peter Letterese
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Ramona Letterese
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Thomas John Karas
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Interested Party MGSI, Inc., a/k/a MGSI-Karas, a Delaware Corporation
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Stockholder Peter D Letterese
DavidBrownfll@gmail.com

Charles D. Franken, Esq. on behalf of Defendant Charles D. Franken
frankencdf@aol.com

Charles D. Franken, Esq. on behalf of Defendant Charles D. Franken
frankencdf@aol.com

Charles D. Franken, Esq. on behalf of Defendant Charles D. Franken, PA
frankencdf@aol.com

Charles D. Franken, Esq. on behalf of Defendant Charles D. Franken, PA
frankencdf@aol.com

Charles D. Franken, Esq. on behalf of Stockholder Barbara Letterese
frankencdf@aol.com

Charles D. Franken, Esq. on behalf of Stockholder Peter D Letterese
frankencdf@aol.com

Charles D. Franken, Esq. on behalf of Witness Charles D. Franken P.A.
frankencdf@aol.com

Charles D. Franken, Esq. on behalf of Witness Charles D. Franken P.A.
frankencdf@aol.com

Charles D. Franken, Esq. on behalf of Witness Charles D Franken
frankencdf@aol.com

Charles D. Franken, Esq. on behalf of Witness Charles D Franken
frankencdf@aol.com

John H Genovese, Esq on behalf of Trustee Barry E Mukamal
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com

Barry P Gruher on behalf of Interested Party American Arbitration Association
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Barry P Gruher on behalf of Interested Party Leslie Osborne
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Barry P Gruher on behalf of Trustee Barry E Mukamal
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Kenneth M Jones, Esq on behalf of Creditor Ford Motor Credit Company LLC
kjones@moodyjones.com

Barry E Mukamal
bankruptcy@marcumllp.com, FL64@ecfcbis.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S Osborne
osbornetrustee@kennethrappaportlawoffice.com, lso@trustesolutions.com;lo@trustesolutions.net

Alan J. Perlman, Esq. on behalf of Creditor Bridge Publications, Inc.
aperlman@ralaw.com, mhannau@ralaw.com;jalper@ralaw.com

Alan J. Perlman, Esq. on behalf of Creditor Church of Scientology International
aperlman@ralaw.com, mhannau@ralaw.com;jalper@ralaw.com

Alan J. Perlman, Esq. on behalf of Interested Party Alan J. Perlman
aperlman@ralaw.com, mhannau@ralaw.com;jalper@ralaw.com

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

Nemia L. Schulte, Esq. on behalf of Debtor Creative Desperation Inc
nemia2000@aol.com

Sherri B. Simpson on behalf of Defendant Charles D. Franken
sbsecf@gmail.com, bklaw9999@gmail.com;bklaw99@aol.com

Sherri B. Simpson on behalf of Defendant Charles D. Franken, PA
sbsecf@gmail.com, bklaw9999@gmail.com;bklaw99@aol.com

Sherri B. Simpson on behalf of Defendant Peter Letterese
sbsecf@gmail.com, bklaw9999@gmail.com;bklaw99@aol.com

Sherri B. Simpson, Esq. on behalf of Interested Party MGSI, Inc., a/k/a MGSI-Karas, a Delaware Corporation
bklaw99@aol.com, bklaw9999@gmail.com;sbsecf@gmail.com

Sherri B. Simpson, Esq. on behalf of Stockholder Peter D Letterese
bklaw99@aol.com, bklaw9999@gmail.com;sbsecf@gmail.com

Jesus M Suarez on behalf of Trustee Barry E Mukamal
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com


*Served Via U.S. Mail and E-mail:*

Ramona Letterese
4581 Weston Road #306
Weston, FL 33331
Email: ramonalet14@yahoo.com

Lois B. Dane
6992 Maybank Highway
Wadmalaw Island, SC 29487

Lois B. Dane
c/o Lois Dane Richter - Agent
6992 Maybank Highway
Wadmalaw Island, SC 29487

Lois Dane Richter
1744 Sam Rittenberg Blvd.
Charleston, SC 29407

Lois Dane Richter
791 Bradburn Drive
Mt. Pleasant, SC 29464

Leslie Achilles Dane Jr.
2025 Bentz Road
Wadmalaw, SC 29487

Elizabeth Dane Shook
12 Eagle Point Drive
Savannah, GA 31406

John Bentz Dane
2069 Bentz Road
Wadmalaw, SC 29487

Jennifer Michelle Harden (Dane)
2033 Bentz Road
Wadmalaw, SC 29487

Malcom Ezra Dane
1079 Oakcrest Drive
Charleston, SC 29412