

**ORDERED in the Southern District of Florida on November 25, 2013.**

*John K. Olson, Judge*
*United States Bankruptcy Court*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO. 08-19067-BKC-JKO |
| CREATIVE DESPERATIONS, INC., | CHAPTER 7 |
| a/k/a PETER LETTERESE & ASSOCIATES, | |
| Debtor. _____/ | |

**ORDER GRANTING MOTION FOR AUTHORITY FOR SUCCESSOR TRUSTEE TO PAY ADDITIONAL PROFESSIONAL FEES PURSUANT TO ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO JOHN H. GENOVESE, ESQ., BARRY P. GRUHER, ESQ. AND GENOVESE JOBLOVE & BATTISTA, P.A., AS COUNSEL FOR FORMER CHAPTER 7 TRUSTEE, MARIKA TOLZ**

**THIS MATTER** came before the Court on **November 19, 2013 at 9:30 a.m.** upon the *Motion by Genovese Joblove & Battista, P.A. for Authority by Barry Mukamal, Successor Chapter 7 Trustee, to Pay Balance of Professional Fees Awarded Pursuant to First Interim Order* (the "Motion") [ECF No. 727]. The Court, having considered the Motion, having heard arguments of counsel, noted the lack of objection to the Motion and being otherwise fully advised of the premises, it is,

**ORDERED**, as follows:

1. The Motion is GRANTED.

2.       The Successor Trustee is authorized and directed to disburse the Professional Fee Balance to the GJB Law Firm pursuant to the First Interim Fee Application and First Interim Fee Order in the amount of $282,675.03.

###

**Copies furnished to:**

Barry P. Gruher, Esq.
*Attorneys for the Chapter 7 Successor Trustee*
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale, FL 33301
bgruher@gjb-law.com

*(Attorney Gruher is directed to serve a copy of this Order upon all parties in interest)*