UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:  CREATIVE DESPERATION, INC.,  CASE NO. 08-019067-JKO
A/K/A PETER LETTERESE &  Chapter 7
ASSOCIATES, INC.,

   Debtor,

_____/
BARRY E. MUKAMAL, AS SUCCESSOR
CHAPTER 7 TRUSTEE FOR CREATIVE
DESPERATION, INC.,

   Plaintiff,          Adv. Case No. 09-01649-BKC-JKO-A
v.

MGSI, INC., A/K/A MGSI-KARAS, A
DELAWARE CORPORATION, THOMAS
JOHN KARAS, BARBARA FAWCETT,
F/K/A BARBARA LETTERESE, RAMONA
LETTERESE, PETER LETTERESE,
CHARLES D. FRANKEN, AND CHARLES
D. FRANKEN, P.A., A FLORIDA
PROFESSIONAL ASSOCIATION,

   Defendants,

and

JPMORGAN CHASE BANK, N.A.,

   Garnishee.

_____

**ANSWER TO WRIT OF GARNISHMENT AND DEMAND FOR STATUTORY
PAYMENT PURSUANT TO FLA. STAT. § 77.28**

  Garnishee,  JPMORGAN  CHASE  BANK,  N.A.  ("Garnishee"),  by  and  through

undersigned counsel, hereby answers the Writ of Garnishment (the "Writ") and states as follows:

1.      Garnishee has reviewed its records and has identified no deposit accounts in the name of Defendant, MGSI, Inc., a/k/a MGSI-Karas.

2.      Garnishee retains the total amount of $0.00 subject to the Writ pursuant to Florida Statutes § 77.19 and subject to offset for applicable administrative fees pursuant to the account agreement between Garnishee and Defendant.

3.      At the time of this Answer and at the time of the service of the Writ, and at all times between those periods, Garnishee has had no other goods, money, chattels, effects, or other tangible or intangible property of Defendant in its possession or control.

4.      Garnishee does not know of any other persons indebted to Defendant or who may have any of the property of Defendant in their possession or control.

5.      Garnishee has been obligated to retain counsel in this matter and is required to pay its attorneys a reasonable fee, for which it is entitled to an award or fees as provided by Florida Statutes § 77.28.

6.      These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A.'s centralized customer identification and account information system.  That system may not necessarily capture all relevant information concerning the judgment debtor or accounts.

**WHEREFORE,** the Garnishee demands payment to "WARGO & FRENCH, LLP" in the amount of $100.00 pursuant to Florida Statutes § 77.28 forthwith for the part payment of its attorney fee.  Payment shall be sent to 201 S. Biscayne Boulevard, Suite 1000, Miami, Florida 33131, and should include the title of the action and its corresponding case number.  Garnishee further prays for the entry of an Order dissolving the Writ herein, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

**WARGO & FRENCH, LLP**
*Attorneys for Garnishee*
201 S. Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 777-6000
Facsimile: (305) 777-6001
E-mail: wf-fl-garn@wargofrench.com
E-mail: wf-fl-garn2@wargofrench.com

By: */s/ Matthew I. Rochman*
Matthew I. Rochman
Florida Bar No.: 84615
Joseph D. Wargo
Florida Bar No.: 934194

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Eservice this 24th day of July, 2014 upon:

Barry Mukamal, as Successor Chapter 7 Trustee
c/o Barry P. Gruher, Esq.
Genovese, Joblove & Battista, P.A.
200 E. Broward Blvd
Suite 1110
Fort Lauderdale, FL 33301
*bgruher@gjb-law.com*

/s/ Matthew I. Rochman
Matthew I. Rochman