## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-19067 JKO
**Case Name:** CREATIVE DESPERATION INC.
**Period Ending:** 06/30/14

**Trustee:** (290830)   Barry E. Mukamal
**Filed (f) or Converted (c):** 09/09/08 (c)
**§341(a) Meeting Date:** 10/14/08
**Claims Bar Date:** 01/12/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | COMMUNITY BANKING CHECKING<br>Estate value included with Asset # 10 | 50.00 | 50.00 | | 0.00 | FA |
| 2 | AMERICAN ARBITRATION ASSOC. - CLAIM<br>Estate value included with Asset # 10 | 15,000,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHURCH OF SCIENTOLOGY - DUE PROCESS CLAIM<br>Estate value included with Asset # 10 | 250,000,000.00 | 0.00 | | 0.00 | FA |
| 4 | CHURCH OF SCIENTOLOGY - DEFAMATION CLAIN<br>Estate value included with Asset # 10 | 235,000,000.00 | 0.00 | | 0.00 | FA |
| 5 | CHURCH OF SCIENTOLOGY - COPYRIGHT CLAIM<br>Estate value included with Asset # 10 | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 6 | LINCOLN TOWN CAR - LEASE | 0.00 | 0.00 | | 0.00 | FA |
| 7 | SANCTIONS CLAIM IN LETTERESE BANKRUPTCY  (u) | 928.00 | 928.00 | | 928.00 | FA |
| 8 | POST-PETITION INTEREST DEPOSITS  (u) | Unknown | 0.00 | | 120.19 | FA |
| 9 | DISGORGED FEES DE357 - CHARLES D FRANKEN  (u) | 13,125.00 | 13,125.00 | | 13,125.00 | FA |
| 10 | SALE OF ASSETS OF THE ESTATE | 0.00 | 650,000.00 | | 225,000.00 | FA |
| 11 | DISGORGED FEES DE506 - CHARLES D FRANKEN PA  (u) | 124,964.00 | 124,964.00 | | 134,003.58 | FA |
| 12 | ADV. 09-1649 - MSGI INC.  (u) | 756,373.70 | 756,373.70 | | 0.00 | 756,373.70 |
| 13 | EXCLUSIVE LICENSING RIGHTS  (u) | 150,000.00 | 150,000.00 | | 150,000.00 | FA |
| 13 | **Assets**    Totals  (Excluding unknown values) | **$502,045,440.70** | **$1,695,440.70** | | **$523,176.77** | **$756,373.70** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-19067 JKO  
**Case Name:** CREATIVE DESPERATION INC.

**Period Ending:** 06/30/14

**Trustee:** (290830)    Barry E. Mukamal  
**Filed (f) or Converted (c):** 09/09/08 (c)  
**§341(a) Meeting Date:** 10/14/08  
**Claims Bar Date:** 01/12/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    To date the trustee has recovered through the liquidation of assets, preference demands and adversary actions value to the estate equal to $523,176.77.  The trustee is pursuing the collection of unadministered final judgment  in Adv. Case #09-1649 - v MSGI Inc.

    Claims review complete, pending objection to claim #10.  Tax returns are being filed annually.

    09/08/08 - Order Converting Case from Chapter 11 to Chapter 7  
    09/08/08 - Notice Appointing Marika Tolz as Chapter 7 Trustee  
    09/30/08 - Court order granting employment of Trustee Marika Tolz's Attorney, John H Genovese Esq.  
    06/16/10 - Notice Appointing Barry E Mukamal as Chapter 7 Successor Trustee.  
    07/01/10 - Court order granting employment of Successor Trustee's Attorneys, John H Genovese Esq. and Barry P Gruher Esq.  
    06/06/12 - Court order granting employment of Morris Berger CPA/VA, and Marcum LLP

Printed: 07/23/2014 07:48 PM    V.13.15

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 08-19067 JKO  
**Case Name:** CREATIVE DESPERATION INC.  
**Period Ending:** 06/30/14

**Trustee:** (290830) Barry E. Mukamal  
**Filed (f) or Converted (c):** 09/09/08 (c)  
**§341(a) Meeting Date:** 10/14/08  
**Claims Bar Date:** 01/12/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2010       **Current Projected Date Of Final Report (TFR):** June 30, 2015

_____July 23, 2014_____  
Date

/s/ Barry E. Mukamal  
_____  
Barry E. Mukamal

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-19067 JKO | | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | | Bank Name: | Bank Of America, N.A. |
| | | | Account: | ********42 - TIP Account |
| Taxpayer ID #: | **-***5610 | | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 06/30/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/02/09 | {7} | JP MORGAN CHASE BANK NA | Dep: Court Order Dated 01/23/09 reimb atty fees | 1249-000 | 928.00 | | 928.00 |
| 07/31/09 | {8} | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 928.02 |
| 08/31/09 | {8} | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 928.04 |
| 09/30/09 | {8} | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 928.06 |
| 10/14/09 | {9} | CHARLES D. FRANKEN PA | Disgorgement of fees per affidavit, DE357 | 1249-000 | 13,125.00 | | 14,053.06 |
| 10/30/09 | {8} | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 14,053.22 |
| 11/20/09 | {10} | RAPPAPORT OSBORNE & RAPPAPORT PL | Sale of Assets, settlement finalized, court order 03/05/10 | 1129-000 | 125,000.00 | | 139,053.22 |
| 11/30/09 | {8} | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.32 | | 139,055.54 |
| 12/31/09 | {8} | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 5.91 | | 139,061.45 |
| 01/29/10 | {8} | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 5.90 | | 139,067.35 |
| 02/05/10 | | Transfer to Acct #4437109855 | Bank Funds Transfer | 9999-000 | | 100,000.00 | 39,067.35 |
| 02/19/10 | 101 | MARIKA TOLZ, TRUSTEE-BOND REIMBURSE | Per Local Rules Bond Reimbursement 2010 | 2300-000 | | 111.34 | 38,956.01 |
| 02/26/10 | {8} | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.53 | | 38,957.54 |
| 03/12/10 | {10} | ADORNO & YOSS LLP | Forefeit of deposit, court ordered 03/05/10 | 1149-000 | 50,000.00 | | 88,957.54 |
| 03/12/10 | {10} | LES OSBORNE, TRUSTEE | Forefeit of deposit, court ordered 03/05/10 | 1149-000 | 50,000.00 | | 138,957.54 |
| 03/31/10 | {8} | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.68 | | 138,961.22 |
| 04/30/10 | {8} | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 5.71 | | 138,966.93 |
| 05/31/10 | {8} | Bank Of America, N.A. | Interest Earned | 1270-000 | 5.90 | | 138,972.83 |
| 06/30/10 | {8} | Bank Of America, N.A. | Interest Earned | 1270-000 | 5.71 | | 138,978.54 |
| 07/27/10 | | Bank of America | Close out account - transfer to successor trustee's estate account | 9999-000 | | 138,978.54 | 0.00 |

Subtotals :    $239,089.88    $239,089.88

{} Asset reference(s)

Printed: 07/23/2014 07:48 PM    V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-19067 JKO | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | Bank Of America, N.A. |
| | | Account: | ********42 - TIP Account |
| Taxpayer ID #: | **-***5610 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 06/30/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 239,089.88 | 239,089.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 238,978.54 | |
| | | | Subtotal | | 239,089.88 | 111.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $239,089.88 | $111.34 | |

{} Asset reference(s)  
Printed: 07/23/2014 07:48 PM    V.13.15

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-19067 JKO | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | Bank Of America, N.A. |
| | | Account: | ********55 - CHECKING |
| Taxpayer ID #: | **-***5610 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 06/30/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/10 | | Transfer from Acct #4437109842 | Bank Funds Transfer | 9999-000 | 100,000.00 | | 100,000.00 |
| 02/05/10 | 101 | GENOVESE JOBLOVE & BATTISTA | First Interim fee, court ordered 02/02/10 | 3210-000 | | 85,583.06 | 14,416.94 |
| 02/05/10 | 102 | GENOVESE JOBLOVE & BATTISTA | First Interim expenses, court ordered 02/02/10 | 3210-000 | | 14,416.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 100,000.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 100,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$100,000.00** | |

{} Asset reference(s)  

Printed: 07/23/2014 07:48 PM    V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-19067 JKO | | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0066 - Checking Account |
| Taxpayer ID #: | **-***5610 | | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 06/30/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 264,214.66 | | 264,214.66 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 353.72 | 263,860.94 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.40 | 263,443.54 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 353.66 | 263,089.88 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 365.80 | 262,724.08 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 403.08 | 262,321.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 389.88 | 261,931.12 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 351.63 | 261,579.49 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 413.86 | 261,165.63 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 375.64 | 260,789.99 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 362.60 | 260,427.39 |
| 10/25/13 | {13} | Genovese Joblove & Battista PA | Full settlement; court ordered 08/26/11 | 1249-000 | 150,000.00 | | 410,427.39 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 433.65 | 409,993.74 |
| 11/25/13 | 11001 | Genovese Joblove & Battista PA | Balance of first interim fees, court ordered 11/25/13 | 3210-000 | | 282,675.03 | 127,318.71 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 536.84 | 126,781.87 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.61 | 126,581.26 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.13 | 126,393.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.67 | 126,223.46 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.50 | 126,047.96 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.40 | 125,854.56 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.02 | 125,673.54 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.73 | 125,498.81 |

Subtotals :     $414,214.66     $288,715.85

{} Asset reference(s)                                                                                                      Printed: 07/23/2014 07:48 PM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-19067 JKO | Trustee: | Barry E. Mukamal (290830) |
| --- | --- | --- | --- |
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******0066 - Checking Account |
| Taxpayer ID #: | **-***5610 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 06/30/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 414,214.66 | 288,715.85 | $125,498.81 |
| | | | Less: Bank Transfers | | 264,214.66 | 0.00 | |
| | | | Subtotal | | 150,000.00 | 288,715.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $150,000.00 | $288,715.85 | |

{} Asset reference(s)

Printed: 07/23/2014 07:48 PM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-19067 JKO | | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******17-65 - Checking Account |
| Taxpayer ID #: | **-***5610 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 06/30/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/10 | {11} | Charles D Franken PA Trust Account | DE 506, Disgorgement of fees, court ordered 06/04/10 | 1249-000 | 32,450.00 | | 32,450.00 |
| 06/30/10 | {8} | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.35 | | 32,450.35 |
| 07/27/10 | | Bank of America NA | Estate funds from former Trustee's account | 9999-000 | 138,978.54 | | 171,428.89 |
| 07/30/10 | {8} | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.36 | | 171,432.25 |
| 08/12/10 | {8} | Bank of America | Additional Interest income from Former Trustee estate account. | 1270-000 | 4.76 | | 171,437.01 |
| 08/31/10 | {8} | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 21.83 | | 171,458.84 |
| 09/30/10 | {8} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,463.06 |
| 10/29/10 | {8} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,467.42 |
| 11/30/10 | {8} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,471.64 |
| 12/31/10 | {8} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,476.00 |
| 01/31/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,480.36 |
| 02/28/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.94 | | 171,484.30 |
| 03/31/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,488.66 |
| 04/29/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,492.88 |
| 05/02/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.14 | | 171,493.02 |
| 05/31/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,497.24 |
| 06/30/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.40 | | 171,498.64 |
| 07/08/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 171,498.96 |
| 07/29/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.12 | | 171,500.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 328.90 | 171,171.18 |
| 08/31/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.45 | | 171,172.63 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 398.71 | 170,773.92 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -11.75 | 170,785.67 |
| 09/30/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.40 | | 170,787.07 |

Subtotals : $171,502.93  $715.86

{} Asset reference(s)

## Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 08-19067 JKO | | Trustee: | Barry E. Mukamal (290830) |
| --- | --- | --- | --- | --- |
| Case Name: | CREATIVE DESPERATION INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******17-65 - Checking Account |
| Taxpayer ID #: | **-***5610 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 06/30/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 350.91 | 170,436.16 |
| 10/06/11 | {11} | Clerk of the US Bankrutpcy Court | Franken cash bond, ECF 602 and ECF 683 court ordered 04/05/12 | 1249-000 | 101,533.58 | | 271,969.74 |
| 10/06/11 | {11} | Clerk of the US Bankruptcy Court | to correct dollar amount of check received | 1249-000 | 20.00 | | 271,989.74 |
| 10/31/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.13 | | 271,991.87 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 491.56 | 271,500.31 |
| 11/30/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.22 | | 271,502.53 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 595.13 | 270,907.40 |
| 12/30/11 | {8} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.29 | | 270,909.69 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 556.65 | 270,353.04 |
| 01/17/12 | {8} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.18 | | 270,354.22 |
| 01/31/12 | {8} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.10 | | 270,355.32 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 591.03 | 269,764.29 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 534.36 | 269,229.93 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 551.70 | 268,678.23 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 532.21 | 268,146.02 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 604.49 | 267,541.53 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 529.96 | 267,011.57 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 583.62 | 266,427.95 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 564.15 | 265,863.80 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 508.48 | 265,355.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 598.13 | 264,757.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 542.53 | 264,214.66 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029083088 20121220 | 9999-000 | | 264,214.66 | 0.00 |

Subtotals : $101,562.50 $272,349.57

{} Asset reference(s)                                                         Printed: 07/23/2014 07:48 PM V.13.15

## Form 2
## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 08-19067 JKO | | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******17-65 - Checking Account |
| Taxpayer ID #: | **-***5610 | | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 06/30/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 273,065.43 | 273,065.43 | $0.00 |
| | | | Less: Bank Transfers | | 138,978.54 | 264,214.66 | |
| | | | **Subtotal** | | 134,086.89 | 8,850.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$134,086.89** | **$8,850.77** | |

Net Receipts :        523,176.77

Net Estate :        $523,176.77

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ********42 | 239,089.88 | 111.34 | 0.00 |
| Checking # ********55 | 0.00 | 100,000.00 | 0.00 |
| Checking # ******0066 | 150,000.00 | 288,715.85 | 125,498.81 |
| Checking # ****-******17-65 | 134,086.89 | 8,850.77 | 0.00 |
| | $523,176.77 | $397,677.96 | $125,498.81 |

{} Asset reference(s)                                                                                                           Printed: 07/23/2014 07:48 PM        V.13.15