

**ORDERED in the Southern District of Florida on June 4, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**In re:**                                                    CASE NO. 08-19067-BKC-JKO
                                                              CHAPTER 7
**CREATIVE DESPERATIONS, INC. f/k/a**
**PETER LETTERESE & ASSOCIATES, INC.**

       Debtor.
_____/

**ORDER GRANTING MOTION BY BARRY MUKAMAL, AS SUCCESSOR TRUSTEE, TO APPROVE STIPULATION FOR SETTLEMENT AND MUTUAL RELEASES WITH ADVERSARY DEFENDANTS, MGSI, INC., THOMAS JOHN KARAS, BARBARA FAWCETT AND PETER LETTERESE, PURSUANT TO FEDERAL FULE OF BANKRUPTCY PROCEDURE 9019**

       **THIS MATTER** came before the Court on **June 3, 2015 at 10:00 a.m.** upon the *Motion by Barry Mukamal, as Successor Trustee, to Approve Stipulation for Settlement and Mutual Releases with Adversary Defendants, MGSI, Inc., Thomas John Karas, Barbara Fawcett and Peter Letterese, Pursuant to Federal Rules of Bankruptcy Procedure 9019* [ECF No. 745] (the "Motion"). The Court, having reviewed the Motion and court file, hearing and considering arguments of counsel, having found that proper notice of the Motion has been given to all creditors and interested parties, and having been advised that no objections have been timely

received by the Successor Trustee or counsel or filed with the Court, and being otherwise advised in the premises, it is;

      **ORDERED**, as follows:

      1.      The Motion is **GRANTED**.

      2.      The terms of the Settlement Agreement attached to the Motion as *Exhibit "A"* is approved and incorporated herein in its entirety. The Successor Trustee is authorized to take any and all actions necessary and appropriate to give effect to the Settlement Agreement.

      3.      The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

# # #

**Submitted by:**
BARRY P. GRUHER, ESQ.
GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel to the Successor Chapter 7 Trustee*
200 E. Broward Blvd., Suite 1110
Fort Lauderdale, FL 33301
Telephone: (954) 453-8000
Telecopier: (954) 453-8010
bgruher@gjb-law.com

**Copy furnished to:**
Barry P. Gruher, Esq.
*(Barry P. Gruher is directed to serve this Order to all parties of interest and to file a Certificate of Service.)*