**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re: CREATIVE DESPERATION          §    Case No. 08-19067-BKC-JKO
INC.                                 §
                                     §
                                     §

_____ Debtor(s) _____

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 06/30/2008. The case was converted to one under Chapter 7 on 09/09/2008. The undersigned trustee was appointed on 06/16/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                    $        848,176.77

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 582,447.23 |
| Bank service fees | 32,076.73 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 233,652.81 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/12/2009 and the deadline for filing governmental claims was 01/12/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $45,658.84. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $45,658.84, for a total compensation of $45,658.84[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,319.56 for total expenses of $1,319.56[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>12/13/2018</u>          By: <u>/s/ Barry Mukamal</u>
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 08-19067-BKC-JKO

**Case Name:** CREATIVE DESPERATION INC.

**For Period Ending:** 12/13/2018

**Trustee Name:** (290830) Barry Mukamal

**Date Filed (f) or Converted (c):** 09/09/2008 (c)

**§ 341(a) Meeting Date:** 10/14/2008

**Claims Bar Date:** 01/12/2009

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | COMMUNITY BANKING CHECKING<br>Estate value included with Asset # 10 | 50.00 | 50.00 | | 0.00 | FA |
| 2 | AMERICAN ARBITRATION ASSOC. - CLAIM<br>Estate value included with Asset # 10 | 15,000,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHURCH OF SCIENTOLOGY - DUE PROCESS CLAIM<br>Estate value included with Asset # 10 | 250,000,000.00 | 0.00 | | 0.00 | FA |
| 4 | CHURCH OF SCIENTOLOGY - DEFAMATION CLAIN<br>Estate value included with Asset # 10 | 235,000,000.00 | 0.00 | | 0.00 | FA |
| 5 | CHURCH OF SCIENTOLOGY - COPYRIGHT CLAIM<br>Estate value included with Asset # 10 | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 6 | LINCOLN TOWN CAR - LEASE | 0.00 | 0.00 | | 0.00 | FA |
| 7 | SANCTIONS CLAIM IN LETTERESE BANKRUPTCY (u) | 928.00 | 928.00 | | 928.00 | FA |
| 8 | POST-PETITION INTEREST DEPOSITS (u) | Unknown | 0.00 | | 0.00 | FA |
| 9 | DISGORGED FEES DE357 - CHARLES D FRANKEN (u) | 13,125.00 | 13,125.00 | | 13,125.00 | FA |
| 10 | SALE OF ASSETS OF THE ESTATE | 0.00 | 650,000.00 | | 225,000.00 | FA |
| 11 | DISGORGED FEES DE506 - CHARLES D FRANKEN PA (u) | 124,964.00 | 124,964.00 | | 134,003.58 | FA |
| 12 | ADV. 09-1649 - MSGI INC. (u) | 756,373.70 | 756,373.70 | | 325,000.00 | FA |
| 13 | EXCLUSIVE LICENSING RIGHTS (u) | 150,000.00 | 150,000.00 | | 150,000.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 120.19 | FA |
| **14** | **Assets Totals (Excluding unknown values)** | **$502,045,440.70** | **$1,695,440.70** | | **$848,176.77** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

Case No.:   08-19067-BKC-JKO

Case Name:   CREATIVE DESPERATION INC.

For Period Ending:   12/13/2018

Trustee Name:   (290830) Barry Mukamal

Date Filed (f) or Converted (c):   09/09/2008 (c)

§ 341(a) Meeting Date:   10/14/2008

Claims Bar Date:   01/12/2009

**Major Activities Affecting Case Closing:**

All litigation and collections in this case are complete. The Trustee has recovered $848,176.77 through the liquidation of assets, preference demands and adversary actions.

Claims review complete.  Tax returns  filed annually. The TFR will be submitted once the final fee applications are filed.

09/08/08 - Order Converting Case from Chapter 11 to Chapter 7
09/08/08 - Notice Appointing Marika Tolz as Chapter 7 Trustee
09/30/08 - Court order granting employment of Trustee Marika Tolz's Attorney, John H Genovese Esq.
06/16/10 - Notice Appointing Barry E Mukamal as Chapter 7 Successor Trustee.
07/01/10 - Court order granting employment of Successor Trustee's Attorneys, John H Genovese Esq. and Barry P Gruher Esq.
06/06/12 - Court order granting employment of Morris Berger CPA/VA, and Marcum LLP

**Initial Projected Date Of Final Report (TFR):**   12/31/2010          **Current Projected Date Of Final Report (TFR):**   12/31/2018

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit B
Page: 1

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID #: | **-***5610 | Account #: | ******9842 TIP Account |
| For Period Ending: | 12/13/2018 | Blanket Bond (per case limit): | $73,967,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/02/09 | {7} | JP MORGAN CHASE BANK NA | Dep: Court Order Dated 01/23/09 reimb atty fees | 1249-000 | 928.00 | | 928.00 |
| 07/31/09 | Int | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 928.02 |
| 08/31/09 | Int | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 928.04 |
| 09/30/09 | Int | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 928.06 |
| 10/14/09 | {9} | CHARLES D. FRANKEN PA | Disgorgement of fees per affidavit, DE357 | 1249-000 | 13,125.00 | | 14,053.06 |
| 10/30/09 | Int | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 14,053.22 |
| 11/20/09 | {10} | RAPPAPORT OSBORNE & RAPPAPORT PL | Sale of Assets, settlement finalized, court order 03/05/10 | 1129-000 | 125,000.00 | | 139,053.22 |
| 11/30/09 | Int | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.32 | | 139,055.54 |
| 12/31/09 | Int | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 5.91 | | 139,061.45 |
| 01/29/10 | Int | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 5.90 | | 139,067.35 |
| 02/05/10 | | Transfer to Acct #******9855 | Bank Funds Transfer | 9999-000 | | 100,000.00 | 39,067.35 |
| 02/19/10 | 101 | MARIKA TOLZ, TRUSTEE-BOND REIMBURSE | Per Local Rules Bond Reimbursement 2010 | 2300-000 | | 111.34 | 38,956.01 |
| 02/26/10 | Int | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.53 | | 38,957.54 |
| 03/12/10 | {10} | ADORNO & YOSS LLP | Forefeit of deposit, court ordered 03/05/10 | 1149-000 | 50,000.00 | | 88,957.54 |
| 03/12/10 | {10} | LES OSBORNE, TRUSTEE | Forefeit of deposit, court ordered 03/05/10 | 1149-000 | 50,000.00 | | 138,957.54 |
| 03/31/10 | Int | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.68 | | 138,961.22 |
| 04/30/10 | Int | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 5.71 | | 138,966.93 |
| 05/31/10 | Int | Bank Of America, N.A. | Interest Earned | 1270-000 | 5.90 | | 138,972.83 |
| 06/30/10 | Int | Bank Of America, N.A. | Interest Earned | 1270-000 | 5.71 | | 138,978.54 |
| 07/27/10 | | Bank of America | Close out account - transfer to successor trustee's estate account | 9999-000 | | 138,978.54 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 239,089.88 | 239,089.88 | $0.00 |
| | Less: Bank Transfers/CDs | | | 0.00 | 238,978.54 | |
| | **Subtotal** | | | **239,089.88** | 111.34 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | **NET Receipts / Disbursements** | | | **$239,089.88** | **$111.34** | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page:  2

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID #: | **-***5610 | Account #: | ******9855 CHECKING |
| For Period Ending: | 12/13/2018 | Blanket Bond (per case limit): | $73,967,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/10 | | Transfer from Acct #******9842 | Bank Funds Transfer | 9999-000 | 100,000.00 | | 100,000.00 |
| 02/05/10 | 101 | GENOVESE JOBLOVE & BATTISTA | First Interim fee, court ordered 02/02/10 | 3210-000 | | 85,583.06 | 14,416.94 |
| 02/05/10 | 102 | GENOVESE JOBLOVE & BATTISTA | First Interim expenses, court ordered 02/02/10 | 3210-000 | | 14,416.94 | 0.00 |

|  | | | COLUMN TOTALS | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 100,000.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **100,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$100,000.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 08-19067-BKC-JKO | |
| **Case Name:** | CREATIVE DESPERATION INC. | |
| **Taxpayer ID #:** | **-***5610 | |
| **For Period Ending:** | 12/13/2018 | |

| | |
|---|---|
| **Trustee Name:** | Barry Mukamal (290830) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********1765 Checking Account |
| **Blanket Bond (per case limit):** | $73,967,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/22/10 | {11} | Charles D Franken PA Trust Account | DE 506, Disgorgement of fees, court ordered 06/04/10 | 1249-000 | 32,450.00 | | 32,450.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.35 | | 32,450.35 |
| 07/27/10 | | Bank of America NA | Estate funds from former Trustee's account | 9999-000 | 138,978.54 | | 171,428.89 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.36 | | 171,432.25 |
| 08/12/10 | Int | Bank of America | Additional Interest income from Former Trustee estate account. | 1270-000 | 4.76 | | 171,437.01 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 21.83 | | 171,458.84 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,463.06 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,467.42 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,471.64 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,476.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,480.36 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.94 | | 171,484.30 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,488.66 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,492.88 |
| 05/02/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.14 | | 171,493.02 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,497.24 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.40 | | 171,498.64 |
| 07/08/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 171,498.96 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.12 | | 171,500.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 328.90 | 171,171.18 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.45 | | 171,172.63 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 398.71 | 170,773.92 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -11.75 | 170,785.67 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.40 | | 170,787.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 350.91 | 170,436.16 |
| 10/06/11 | {11} | Clerk of the US Bankrutpcy Court | Franken cash bond, ECF 602 and ECF 683 court ordered 04/05/12 | 1249-000 | 101,533.58 | | 271,969.74 |
| 10/06/11 | {11} | Clerk of the US Bankruptcy Court | to correct dollar amount of check received | 1249-000 | 20.00 | | 271,989.74 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.13 | | 271,991.87 |

**Page Subtotals:**          **$273,058.64**          **$1,066.77**

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page:  4

| | |
|---|---|
| **Case No.:** | 08-19067-BKC-JKO |
| **Case Name:** | CREATIVE DESPERATION INC. |
| **Taxpayer ID #:** | **-***5610 |
| **For Period Ending:** | 12/13/2018 |

| | |
|---|---|
| **Trustee Name:** | Barry Mukamal (290830) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********1765 Checking Account |
| **Blanket Bond (per case limit):** | $73,967,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 491.56 | 271,500.31 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.22 | | 271,502.53 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 595.13 | 270,907.40 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.29 | | 270,909.69 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 556.65 | 270,353.04 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.18 | | 270,354.22 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.10 | | 270,355.32 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 591.03 | 269,764.29 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 534.36 | 269,229.93 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 551.70 | 268,678.23 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 532.21 | 268,146.02 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 604.49 | 267,541.53 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 529.96 | 267,011.57 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 583.62 | 266,427.95 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 564.15 | 265,863.80 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 508.48 | 265,355.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 598.13 | 264,757.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 542.53 | 264,214.66 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********3088 20121220 | 9999-000 | | 264,214.66 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 273,065.43 | 273,065.43 | $0.00 |
| Less: Bank Transfers/CDs | 138,978.54 | 264,214.66 | |
| **Subtotal** | 134,086.89 | 8,850.77 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $134,086.89 | $8,850.77 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 5

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5610 | Account #: | ******0066 Checking Account |
| For Period Ending: | 12/13/2018 | Blanket Bond (per case limit): | $73,967,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 264,214.66 | | 264,214.66 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 353.72 | 263,860.94 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.40 | 263,443.54 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 353.66 | 263,089.88 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 365.80 | 262,724.08 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 403.08 | 262,321.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 389.88 | 261,931.12 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 351.63 | 261,579.49 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 413.86 | 261,165.63 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 375.64 | 260,789.99 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 362.60 | 260,427.39 |
| 10/25/13 | {13} | Genovese Joblove & Battista PA | Full settlement; court ordered 08/26/11 | 1249-000 | 150,000.00 | | 410,427.39 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 433.65 | 409,993.74 |
| 11/25/13 | 11001 | Genovese Joblove & Battista PA | Balance of first interim fees, court ordered 11/25/13 | 3210-000 | | 282,675.03 | 127,318.71 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 536.84 | 126,781.87 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.61 | 126,581.26 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.13 | 126,393.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.67 | 126,223.46 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.50 | 126,047.96 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.40 | 125,854.56 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.02 | 125,673.54 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.73 | 125,498.81 |

Page Subtotals: **$414,214.66** **$288,715.85**

{} Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)        ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5610 | Account #: | ******0066 Checking Account |
| For Period Ending: | 12/13/2018 | Blanket Bond (per case limit): | $73,967,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.57 | 125,300.24 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.21 | 125,126.03 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.97 | 124,934.06 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.68 | 124,748.38 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.48 | 124,586.90 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.09 | 124,383.81 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.90 | 124,204.91 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.74 | 124,038.17 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.30 | 123,847.87 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.13 | 123,669.74 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.94 | 123,497.80 |
| 06/23/15 | | ZUCKERMAN AND MATA LLC IOTA | Payment # 1. Court ordered 06/04/2015 (ECF 749) | | 25,000.00 | | 148,497.80 |
| | {12} | | Payment # 1. Court ordered 06/04/2015 (ECF 749) $25,000.00 | 1249-000 | | | 148,497.80 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.86 | 148,299.94 |
| 07/27/15 | | ZUCKERMAN AND MATA LLC IOTA | Payment # 1. Court ordered 06/04/2015 (ECF 749) | | 15,000.00 | | 163,299.94 |
| | {12} | | Payment # 1. Court ordered 06/04/2015 (ECF 749) $15,000.00 | 1249-000 | | | 163,299.94 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.29 | 163,076.65 |
| 08/12/15 | | ZUCKERMAN AND MATA LLC IOTA | Payment # 1. Court ordered 06/04/2015 (ECF 749) | | 10,000.00 | | 173,076.65 |
| | {12} | | Payment # 1. Court ordered 06/04/2015 (ECF 749) $10,000.00 | 1249-000 | | | 173,076.65 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.89 | 172,841.76 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 265.20 | 172,576.56 |

| | | | | Page Subtotals: | $50,000.00 | $2,922.25 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 7

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5610 | Account #: | ******0066 Checking Account |
| For Period Ending: | 12/13/2018 | Blanket Bond (per case limit): | $73,967,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fee | | | | |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 248.22 | 172,328.34 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.60 | 172,088.74 |
| 12/28/15 | | Zuckerman & Mata, LLC | Payment #2; court ordered 06/04/2015 (ECF 749) | | 10,000.00 | | 182,088.74 |
| | {12} | | Payment #2; court ordered 06/04/2015 (ECF 749) | 1249-000 | | | 182,088.74 |
| | | | $10,000.00 | | | | |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.25 | 181,815.49 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.12 | 181,563.37 |
| 02/04/16 | | Zuckerman & Mata LLC | Payment #3; court ordered 06/04/15 (ECF 749) | | 15,500.00 | | 197,063.37 |
| | {12} | | Payment #3; court ordered 06/04/15 (ECF 749) | 1249-000 | | | 197,063.37 |
| | | | $15,500.00 | | | | |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 268.80 | 196,794.57 |
| 03/21/16 | | ZUCKERMAN AND MATA | Payment #4; court ordered 06/04/15 (ECF 749) | | 15,600.00 | | 212,394.57 |
| | {12} | | Payment #4; court ordered 06/04/15 (ECF 749) | 1249-000 | | | 212,394.57 |
| | | | $15,600.00 | | | | |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 318.01 | 212,076.56 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 294.06 | 211,782.50 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 293.65 | 211,488.85 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 333.74 | 211,155.11 |
| 07/28/16 | | ZUCKERMAN AND MATA | Payment #5; court ordered 06/04/15 (ECF 749) | | 20,000.00 | | 231,155.11 |
| | {12} | | Payment #5; court ordered 06/04/15 (ECF 749) | 1249-000 | | | 231,155.11 |
| | | | $20,000.00 | | | | |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 293.74 | 230,861.37 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 364.26 | 230,497.11 |

| | | | Page Subtotals: | | $61,100.00 | $3,179.45 | |

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit B
Page: 8

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5610 | Account #: | ******0066 Checking Account |
| For Period Ending: | 12/13/2018 | Blanket Bond (per case limit): | $73,967,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 330.63 | 230,166.48 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 319.15 | 229,847.33 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 351.70 | 229,495.63 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 329.19 | 229,166.44 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 351.53 | 228,814.91 |
| 02/02/17 | | ZUCKERMAN AND MATA LLC IOTA/ REGIONS BK BHAM | Payment #6; court ordered 06/04/15 (ECF 749) | | 30,000.00 | | 258,814.91 |
| | {12} | | Asset Allocation #12 $3,900.00 | 1249-000 | | | 258,814.91 |
| | {12} | | Asset Allocation #12 $25,000.00 | 1249-000 | | | 258,814.91 |
| | {12} | | Asset Allocation #12 $1,100.00 | 1249-000 | | | 258,814.91 |
| 02/17/17 | | ZUCKERMAN AND MATA LLC IOTA/ REGIONS BK BHAM | Payment #7; court ordered 06/04/15 (ECF 749) | | 50,000.00 | | 308,814.91 |
| | {12} | | Asset Allocation #12 $43,900.00 | 1249-000 | | | 308,814.91 |
| | {12} | | Asset Allocation #12 $6,100.00 | 1249-000 | | | 308,814.91 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 370.94 | 308,443.97 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 458.44 | 307,985.53 |
| 04/06/17 | | ZUCKERMAN AND MATA LLC IOTA/ REGIONS BK BHAM | Payment #8; court ordered 06/04/15 (ECF 749) | | 70,000.00 | | 377,985.53 |
| | {12} | | Asset Allocation #12 $38,900.00 | 1249-000 | | | 377,985.53 |
| | {12} | | Asset Allocation #12 $31,100.00 | 1249-000 | | | 377,985.53 |
| 04/13/17 | | ZUCKERMAN AND MATA LLC IOTA/ REGIONS BK BHAM | Payment #9; court ordered 06/04/15 (ECF 749) | | 63,900.00 | | 441,885.53 |
| | {12} | | Asset Allocation #12 $13,900.00 | 1249-000 | | | 441,885.53 |
| | {12} | | Asset Allocation #12 $50,000.00 | 1249-000 | | | 441,885.53 |

| | | | Page Subtotals: | | $213,900.00 | $2,511.58 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

Exhibit B
Page: 9

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 08-19067-BKC-JKO | |
| **Case Name:** | CREATIVE DESPERATION INC. | |
| **Taxpayer ID #:** | **-***5610 | |
| **For Period Ending:** | 12/13/2018 | |

| | |
|---|---|
| **Trustee Name:** | Barry Mukamal (290830) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0066 Checking Account |
| **Blanket Bond (per case limit):** | $73,967,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 533.24 | 441,352.29 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 698.30 | 440,653.99 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 633.81 | 440,020.18 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 611.80 | 439,408.38 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 695.28 | 438,713.10 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 609.98 | 438,103.12 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 672.15 | 437,430.97 |
| 11/27/17 | 11002 | Genovese Joblove & Battista PA | Contingency Fees, Court ordered ECF #759 | | | 199,660.86 | 237,770.11 |
| | | | Contingency Fees, Court ordered ECF #759 | 3210-000 | | | 237,770.11 |
| | | | $190,000.00 | | | | |
| | | | Contingency Expenses, Court ordered ECF #759 | 3220-000 | | | 237,770.11 |
| | | | $9,660.86 | | | | |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 629.18 | 237,140.93 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 329.72 | 236,811.21 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 374.67 | 236,436.54 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 317.40 | 236,119.14 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 339.62 | 235,779.52 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 327.82 | 235,451.70 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 372.55 | 235,079.15 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 326.85 | 234,752.30 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 360.16 | 234,392.14 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 348.37 | 234,043.77 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 179.53 | 233,864.24 |

| | | | | Page Subtotals: | $0.00 | $208,021.29 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page:   10

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5610 | Account #: | ******0066 Checking Account |
| For Period Ending: | 12/13/2018 | Blanket Bond (per case limit): | $73,967,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 211.43 | 233,652.81 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| COLUMN TOTALS | | | | 739,214.66 | 505,561.85 | $233,652.81 |
| Less: Bank Transfers/CDs | | | | 264,214.66 | 0.00 | |
| Subtotal | | | | 475,000.00 | 505,561.85 | |
| Less: Payments to Debtors | | | | | 0.00 | |
| NET Receipts / Disbursements | | | | $475,000.00 | $505,561.85 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page:   11

| | | |
|---|---|---|
| **Case No.:** | 08-19067-BKC-JKO | |
| **Case Name:** | CREATIVE DESPERATION INC. | |
| **Taxpayer ID #:** | **-***5610 | |
| **For Period Ending:** | 12/13/2018 | |

| | |
|---|---|
| **Trustee Name:** | Barry Mukamal (290830) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0066 Checking Account |
| **Blanket Bond (per case limit):** | $73,967,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $848,176.77 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $848,176.77 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9842 TIP Account | $239,089.88 | $111.34 | $0.00 |
| ******9855 CHECKING | $0.00 | $100,000.00 | $0.00 |
| **********1765 Checking Account | $134,086.89 | $8,850.77 | $0.00 |
| ******0066 Checking Account | $475,000.00 | $505,561.85 | $233,652.81 |
| | **$848,176.77** | **$614,523.96** | **$233,652.81** |

Printed:   12/13/2018 10:08 AM

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 08-19067-BKC-JKO CREATIVE DESPERATION INC.**

Page:  1

| Case Balance: | $233,652.81 | | Total Proposed Payment: | $233,652.81 | | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|--------------|----------------|--------------|---------------|------------------|-----------------|
| | Barry E. Mukamal | Admin Ch. 7 | $45,658.84 | $45,658.84 | $0.00 | $45,658.84 | $45,658.84 | $187,993.97 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Barry E. Mukamal | Admin Ch. 7 | $1,319.56 | $1,319.56 | $0.00 | $1,319.56 | $1,319.56 | $186,674.41 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Genovese Joblove & Battista PA | Admin Ch. 7 | $408,258.09 | $408,258.09 | $368,258.09 | $40,000.00 | $40,000.00 | $146,674.41 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | Genovese Joblove & Battista PA | Admin Ch. 7 | $14,416.94 | $14,419.94 | $14,416.94 | $3.00 | $3.00 | $146,671.41 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | Genovese Joblove & Battista PA | Admin Ch. 7 | $190,000.00 | $190,000.00 | $190,000.00 | $0.00 | $0.00 | $146,671.41 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| **Claim Memo:** | Contingency Fee | | | | | | | |
| | Genovese Joblove & Battista PA | Admin Ch. 7 | $9,660.86 | $9,660.86 | $9,660.86 | $0.00 | $0.00 | $146,671.41 |
| | <3220-00 Attorney for Trustee Expenses (Other Firm) > | | | | | | | |
| | Marcum LLP | Admin Ch. 7 | $37,526.50 | $37,526.50 | $0.00 | $37,526.50 | $37,526.50 | $109,144.91 |
| | <3310-00 Accountant for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Marcum LLP | Admin Ch. 7 | $36.02 | $36.02 | $0.00 | $36.02 | $36.02 | $109,108.89 |

Printed:   12/13/2018 10:08 AM

Page:  2

# Exhibit C

## Claims Proposed Distribution Register

### Case: 08-19067-BKC-JKO CREATIVE DESPERATION INC.

**Case Balance:**   $233,652.81          **Total Proposed Payment:**   $233,652.81          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------:|---------------:|-------------:|--------------:|-----------------:|----------------:|
| | <3320-00 Accountant for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | UNITED STATES TRUSTEE | Admin Ch. 7 | $651.38 | $651.38 | $0.00 | $651.38 | $651.38 | $108,457.51 |
| | <2950-00 United States Trustee Quarterly Fees> | | | | | | | |
| 4-2S | Internal Revenue Service | Secured | $886,520.89 | $0.00 | $0.00 | $0.00 | $0.00 | $108,457.51 |
| | **Claim Memo:**    Stricken ECF #762 | | | | | | | |
| 2P | FLORIDA DEPARTMENT OF REVENUE | Priority | $300.00 | $300.00 | $0.00 | $300.00 | $300.00 | $108,157.51 |
| | **Claim Memo:**     MEMO: 1120 Corp tax | | | | | | | |
| 3P | FLORIDA DEPARTMENT OF REVENUE | Priority | $14,525.42 | $14,525.42 | $0.00 | $14,525.42 | $14,525.42 | $93,632.09 |
| | **Claim Memo:**     MEMO: (3-1) UNEMPLOYMENT TAX CL | | | | | | | |
| 4P | Internal Revenue Service | Priority | $284,411.45 | $0.00 | $0.00 | $0.00 | $0.00 | $93,632.09 |
| | **Claim Memo:**    Stricken ECF #762 | | | | | | | |
| 1 | AT & T CORP | Unsecured | $6,985.46 | $6,985.46 | $0.00 | $6,985.46 | $474.54 | $93,157.55 |
| 4U | Internal Revenue Service | Unsecured | $50,752.93 | $0.00 | $0.00 | $0.00 | $0.00 | $93,157.55 |
| | **Claim Memo:**    Stricken ECF #762 | | | | | | | |
| 6 | VERIZON WIRELESS SOUTH | Unsecured | $367.69 | $367.69 | $0.00 | $367.69 | $24.98 | $93,132.57 |
| 7 -2 | Church of Scientology Intl and Bridge Publications | Unsecured | $1,136,603. | $600,000.00 | $0.00 | $600,000.00 | $40,759.72 | $52,372.85 |

Printed: 12/13/2018 10:08 AM

Page: 3

## Exhibit C

## Claims Proposed Distribution Register

### Case: 08-19067-BKC-JKO CREATIVE DESPERATION INC.

Case Balance: $233,652.81      Total Proposed Payment: $233,652.81      Remaining Balance: $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Inc | | | | | | | |
| 8 | DR. MARC SCHWARTZ | Unsecured | $179,950.00 | $179,950.00 | $0.00 | $179,950.00 | $12,224.52 | $40,148.33 |
| 9 | DR DOUGLAS NESS | Unsecured | $280,500.00 | $280,500.00 | $0.00 | $280,500.00 | $19,055.17 | $21,093.16 |
| 10 | EDWARDS ANGELL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,093.16 |
| | Claim Memo: Sticken; ECF #771 | | | | | | | |
| 11 | DR. SCOTT BRODY | Unsecured | $310,500.00 | $310,500.00 | $0.00 | $310,500.00 | $21,093.16 | $0.00 |
| 2F | FLORIDA DEPARTMENT OF REVENUE | Unsecured | $900.00 | $900.00 | $0.00 | $900.00 | $0.00 | $0.00 |
| | Claim Memo: MEMO: 1120 Corp tax | | | | | | | |
| 3F | FLORIDA DEPARTMENT OF REVENUE | Unsecured | $75.00 | $75.00 | $0.00 | $75.00 | $0.00 | $0.00 |
| | Claim Memo: MEMO: Unemployment tax | | | | | | | |
| 4-2F | Internal Revenue Service | Unsecured | $176,961.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Claim Memo: Stricken ECF #762 | | | | | | | |
| | Total for Case: 08-19067- | | $4,036,881.83 | $2,101,634.76 | $582,335.89 | $1,519,298.87 | $233,652.81 | |

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 08-19067-BKC-JKO CREATIVE DESPERATION INC.**

**Case Balance:**    $233,652.81          **Total Proposed Payment:**    $233,652.81          **Remaining Balance:**    $0.00

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims:** | $707,528.19 | $707,531.19 | $582,335.89 | $125,195.30 | 100.00% |
| **Total Secured Claims:** | $886,520.89 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Priority Claims:** | $299,236.87 | $14,825.42 | $0.00 | $14,825.42 | 100.00% |
| **Total Unsecured Claims:** | $2,143,595.88 | $1,379,278.15 | $0.00 | $93,632.09 | 6.79% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-19067-BKC-JKO
Case Name: CREATIVE DESPERATION INC.
Trustee Name: Barry Mukamal

**Balance on hand:** $                233,652.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4-2S | Internal Revenue Service | 886,520.89 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $                0.00
Remaining balance: $                233,652.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Barry E. Mukamal | 45,658.84 | 0.00 | 45,658.84 |
| Trustee, Expenses - Barry E. Mukamal | 1,319.56 | 0.00 | 1,319.56 |
| Accountant for Trustee, Fees - Marcum LLP | 37,526.50 | 0.00 | 37,526.50 |
| Accountant for Trustee, Expenses - Marcum LLP | 36.02 | 0.00 | 36.02 |
| Fees, United States Trustee | 651.38 | 0.00 | 651.38 |
| Attorney for Trustee Fees (Other Firm) - Genovese Joblove & Battista PA | 408,258.09 | 368,258.09 | 40,000.00 |
| Attorney for Trustee Fees (Other Firm) - Genovese Joblove & Battista PA | 14,419.94 | 14,416.94 | 3.00 |
| Attorney for Trustee Fees (Other Firm) - Genovese Joblove & Battista PA | 190,000.00 | 190,000.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Genovese Joblove & Battista PA | 9,660.86 | 9,660.86 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $                125,195.30
Remaining balance: $                108,457.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 108,457.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,825.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | FLORIDA DEPARTMENT OF REVENUE | 300.00 | 0.00 | 300.00 |
| 3P | FLORIDA DEPARTMENT OF REVENUE | 14,525.42 | 0.00 | 14,525.42 |
| 4P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 14,825.42 |
|---|---|---|---|
|  | Remaining balance: | $ | 93,632.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,378,303.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AT & T CORP | 6,985.46 | 0.00 | 474.54 |
| 4U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 6 | VERIZON WIRELESS SOUTH | 367.69 | 0.00 | 24.98 |
| 7 -2 | Church of Scientology Intl and Bridge Publications Inc | 600,000.00 | 0.00 | 40,759.72 |
| 8 | DR. MARC SCHWARTZ | 179,950.00 | 0.00 | 12,224.52 |
| 9 | DR DOUGLAS NESS | 280,500.00 | 0.00 | 19,055.17 |
| 10 | EDWARDS ANGELL | 0.00 | 0.00 | 0.00 |
| 11 | DR. SCOTT BRODY | 310,500.00 | 0.00 | 21,093.16 |

|  | Total to be paid for timely general unsecured claims: | $ | 93,632.09 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $975.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2F | FLORIDA DEPARTMENT OF REVENUE | 900.00 | 0.00 | 0.00 |
| 3F | FLORIDA DEPARTMENT OF REVENUE | 75.00 | 0.00 | 0.00 |
| 4-2F | Internal Revenue Service | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |