**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| In re: CREATIVE DESPERATION INC. | § | Case No. 08-19067-BKC-JKO |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Barry E. Mukamal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $501,000,050.00 | | Assets Exempt: N/A |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants: $108,460.51 | | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $739,716.26 | | |

3) Total gross receipts of $848,176.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $848,176.77 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,400.00 | $886,520.89 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $739,716.26 | $739,716.26 | $739,716.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1,086,100.00 | $299,236.87 | $14,825.42 | $14,825.42 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,003,670.00 | $2,143,595.88 | $1,379,278.15 | $93,635.09 |
| **TOTAL DISBURSEMENTS** | $4,092,170.00 | $4,069,069.90 | $2,133,819.83 | $848,176.77 |

4) This case was originally filed under chapter 11 on 06/30/2008, and it was converted to chapter 7 on 09/09/2008.  The case was pending for 133 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    09/26/2019                By: /s/ Barry  Mukamal
                                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EXCLUSIVE LICENSING RIGHTS | 1249-000 | $150,000.00 |
| SANCTIONS CLAIM IN LETTERESE BANKRUPTCY | 1249-000 | $928.00 |
| DISGORGED FEES DE357 - CHARLES D FRANKEN | 1249-000 | $13,125.00 |
| SALE OF ASSETS OF THE ESTATE | 1129-000 | $225,000.00 |
| DISGORGED FEES DE506 - CHARLES D FRANKEN PA | 1249-000 | $134,003.58 |
| INTEREST (u) | 1270-000 | $120.19 |
| ADV. 09-1649 - MSGI INC. | 1249-000 | $325,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$848,176.77** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4-2S | Internal Revenue Service | 4300-000 | $0.00 | $886,520.89 | $0.00 | $0.00 |
| N/F | Ford Motor Credit | 4210-000 | $2,400.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$2,400.00** | **$886,520.89** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Barry E. Mukamal | 2100-000 | NA | $45,658.84 | $45,658.84 | $45,658.84 |
| Trustee, Expenses - Barry E. Mukamal | 2200-000 | NA | $1,319.56 | $1,319.56 | $1,319.56 |
| Accountant for Trustee, Fees - Marcum LLP | 3310-000 | NA | $37,526.50 | $37,526.50 | $37,526.50 |
| Accountant for Trustee, Expenses - Marcum LLP | 3320-000 | NA | $36.02 | $36.02 | $36.02 |
| Fees, United States Trustee | 2950-000 | NA | $651.38 | $651.38 | $651.38 |
| Bond Payments - MARIKA TOLZ, TRUSTEE-BOND REIMBURSE | 2300-000 | NA | $111.34 | $111.34 | $111.34 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $23,225.96 | $23,225.96 | $23,225.96 |
| Banking and Technology Service Fee - The Bank of New York Mellon | 2600-000 | NA | $8,850.77 | $8,850.77 | $8,850.77 |
| Attorney for Trustee Fees (Other Firm) - Genovese Joblove & Battista PA | 3210-000 | NA | $598,258.09 | $598,258.09 | $598,258.09 |
| Attorney for Trustee Expenses (Other Firm) - Genovese Joblove & Battista PA | 3220-000 | NA | $24,077.80 | $24,077.80 | $24,077.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$739,716.26** | **$739,716.26** | **$739,716.26** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | FLORIDA DEPARTMENT OF REVENUE | 5800-000 | $14,100.00 | $300.00 | $300.00 | $300.00 |
| 3P | FLORIDA DEPARTMENT OF REVENUE | 5800-000 | $0.00 | $14,525.42 | $14,525.42 | $14,525.42 |
| 4P | Internal Revenue Service | 5800-000 | $1,000,000.00 | $284,411.45 | $0.00 | $0.00 |
| N/F | Internal Revenue Service | 5800-000 | $72,000.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$1,086,100.00** | **$299,236.87** | **$14,825.42** | **$14,825.42** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AT & T CORP | 7100-000 | $0.00 | $6,985.46 | $6,985.46 | $474.56 |
| 2F | FLORIDA DEPARTMENT OF REVENUE | 7300-000 | $0.00 | $900.00 | $900.00 | $0.00 |
| 3F | FLORIDA DEPARTMENT OF REVENUE | 7300-000 | $0.00 | $75.00 | $75.00 | $0.00 |
| 4-2F | Internal Revenue Service | 7300-000 | $0.00 | $176,961.03 | $0.00 | $0.00 |
| 4U | Internal Revenue Service | 7100-000 | $0.00 | $50,752.93 | $0.00 | $0.00 |
| 6 | VERIZON WIRELESS SOUTH | 7100-000 | $6,800.00 | $367.69 | $367.69 | $24.98 |
| 7 -2 | Dickinson Wright, Trust, for the benefit of Church of Scientology International and Bridge Publications, Inc. | 7100-000 | $300,000.00 | $1,136,603.77 | $600,000.00 | $40,761.03 |
| 8 | DR. MARC SCHWARTZ | 7100-000 | $350,000.00 | $179,950.00 | $179,950.00 | $12,224.91 |
| 9 | DR DOUGLAS NESS | 7100-000 | $300,000.00 | $280,500.00 | $280,500.00 | $19,055.78 |
| 10 | EDWARDS ANGELL | 7100-000 | $200,000.00 | $0.00 | $0.00 | $0.00 |
| 11 | DR. SCOTT BRODY | 7100-000 | $350,000.00 | $310,500.00 | $310,500.00 | $21,093.83 |
| N/F | Arnstein & Lehr, PA. | 7100-000 | $17,000.00 | NA | NA | NA |
| N/F | Bohllg Julaine | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Division of Corpoation State of FL | 7100-000 | $900.00 | NA | NA | NA |
| N/F | Fawcett Barbabra | 7100-000 | $535,000.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Figueroa Mirtha | 7100-000 | $9,500.00 | NA | NA | NA |
| N/F | Gallert Dreyer & Berkley | 7100-000 | $14,000.00 | NA | NA | NA |
| N/F | Haviland Darin | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Letterese Peter | 7100-000 | $620,000.00 | NA | NA | NA |
| N/F | Letterese Ramona | 7100-000 | $56,000.00 | NA | NA | NA |
| N/F | MCI Communications | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Monje, Jose Luis | 7100-000 | $16,000.00 | NA | NA | NA |
| N/F | Moxon & Kendrick | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Press Martin | 7100-000 | $40,000.00 | NA | NA | NA |
| N/F | Public Storage | 7100-000 | $4,430.00 | NA | NA | NA |
| N/F | SEC Commercial Realty | 7100-000 | $48,000.00 | NA | NA | NA |
| N/F | Shurguard Storage Centers | 7100-000 | $2,850.00 | NA | NA | NA |
| N/F | Sprint Communications | 7100-000 | $2,600.00 | NA | NA | NA |
| N/F | Stor All LTD | 7100-000 | $2,790.00 | NA | NA | NA |
| N/F | Tomilson John CPA | 7100-000 | $6,600.00 | NA | NA | NA |
| N/F | Tree Trimmers & Associates | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | Wandique Casta | 7100-000 | $4,200.00 | NA | NA | NA |
| N/F | Wandique Mauro | 7100-000 | $13,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$3,003,670.00** | **$2,143,595.88** | **$1,379,278.15** | **$93,635.09** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 08-19067-BKC-JKO

**Case Name:** CREATIVE DESPERATION INC.

**Trustee Name:** (290830) Barry E. Mukamal

**Date Filed (f) or Converted (c):** 09/09/2008 (c)

**§ 341(a) Meeting Date:** 10/14/2008

**For Period Ending:** 09/26/2019

**Claims Bar Date:** 01/12/2009

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | COMMUNITY BANKING CHECKING<br>Estate value included with Asset # 10 | 50.00 | 50.00 | | 0.00 | FA |
| 2 | AMERICAN ARBITRATION ASSOC. - CLAIM<br>Estate value included with Asset # 10 | 15,000,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHURCH OF SCIENTOLOGY - DUE PROCESS CLAIM<br>Estate value included with Asset # 10 | 250,000,000.00 | 0.00 | | 0.00 | FA |
| 4 | CHURCH OF SCIENTOLOGY - DEFAMATION CLAIN<br>Estate value included with Asset # 10 | 235,000,000.00 | 0.00 | | 0.00 | FA |
| 5 | CHURCH OF SCIENTOLOGY - COPYRIGHT CLAIM<br>Estate value included with Asset # 10 | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 6 | LINCOLN TOWN CAR - LEASE | 0.00 | 0.00 | | 0.00 | FA |
| 7 | SANCTIONS CLAIM IN LETTERESE BANKRUPTCY (u) | 928.00 | 928.00 | | 928.00 | FA |
| 8 | POST-PETITION INTEREST DEPOSITS (u) | Unknown | 0.00 | | 0.00 | FA |
| 9 | DISGORGED FEES DE357 - CHARLES D FRANKEN (u) | 13,125.00 | 13,125.00 | | 13,125.00 | FA |
| 10 | SALE OF ASSETS OF THE ESTATE | 0.00 | 650,000.00 | | 225,000.00 | FA |
| 11 | DISGORGED FEES DE506 - CHARLES D FRANKEN PA (u) | 124,964.00 | 124,964.00 | | 134,003.58 | FA |
| 12 | ADV. 09-1649 - MSGI INC. (u) | 756,373.70 | 756,373.70 | | 325,000.00 | FA |
| 13 | EXCLUSIVE LICENSING RIGHTS (u) | 150,000.00 | 150,000.00 | | 150,000.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 120.19 | FA |
| **14** | **Assets Totals (Excluding unknown values)** | **$502,045,440.70** | **$1,695,440.70** | | **$848,176.77** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:**  08-19067-BKC-JKO

**Case Name:**    CREATIVE DESPERATION INC.

**For Period Ending:**  09/26/2019

**Trustee Name:**    (290830) Barry E. Mukamal

**Date Filed (f) or Converted (c):**   09/09/2008 (c)

**§ 341(a) Meeting Date:**   10/14/2008

**Claims Bar Date:**  01/12/2009

**Major Activities Affecting Case Closing:**

All litigation and collections in this case are complete. The Trustee has recovered $848,176.77 through the liquidation of assets, preference demands and adversary actions.

Claims review complete.  Tax returns  filed annually. The TFR will be submitted once the final fee applications are filed.

09/08/08 - Order Converting Case from Chapter 11 to Chapter 7
09/08/08 - Notice Appointing Marika Tolz as Chapter 7 Trustee
09/30/08 - Court order granting employment of Trustee Marika Tolz's Attorney, John H Genovese Esq.
06/16/10 - Notice Appointing Barry E Mukamal as Chapter 7 Successor Trustee.
07/01/10 - Court order granting employment of Successor Trustee's Attorneys, John H Genovese Esq. and Barry P Gruher Esq.
06/06/12 - Court order granting employment of Morris Berger CPA/VA, and Marcum LLP

**Initial Projected Date Of Final Report (TFR):**  12/31/2010          **Current Projected Date Of Final Report (TFR):**    12/13/2018 (Actual)

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 08-19067-BKC-JKO | | | **Trustee Name:** | Barry E. Mukamal (290830) | |
| **Case Name:** | CREATIVE DESPERATION INC. | | | **Bank Name:** | BANK OF AMERICA, N.A. | |
| **Taxpayer ID #:** | **-***5610 | | | **Account #:** | ******9842 TIP Account | |
| **For Period Ending:** | 09/26/2019 | | | **Blanket Bond (per case limit):** | $56,290,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/02/09 | {7} | JP MORGAN CHASE BANK NA | Dep: Court Order Dated 01/23/09 reimb atty fees | 1249-000 | 928.00 | | 928.00 |
| 07/31/09 | Int | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 928.02 |
| 08/31/09 | Int | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 928.04 |
| 09/30/09 | Int | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 928.06 |
| 10/14/09 | {9} | CHARLES D. FRANKEN PA | Disgorgement of fees per affidavit, DE357 | 1249-000 | 13,125.00 | | 14,053.06 |
| 10/30/09 | Int | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 14,053.22 |
| 11/20/09 | {10} | RAPPAPORT OSBORNE & RAPPAPORT PL | Sale of Assets, settlement finalized, court order 03/05/10 | 1129-000 | 125,000.00 | | 139,053.22 |
| 11/30/09 | Int | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.32 | | 139,055.54 |
| 12/31/09 | Int | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 5.91 | | 139,061.45 |
| 01/29/10 | Int | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 5.90 | | 139,067.35 |
| 02/05/10 | | Transfer to Acct #******9855 | Bank Funds Transfer | 9999-000 | | 100,000.00 | 39,067.35 |
| 02/19/10 | 101 | MARIKA TOLZ, TRUSTEE-BOND REIMBURSE | Per Local Rules Bond Reimbursement 2010 | 2300-000 | | 111.34 | 38,956.01 |
| 02/26/10 | Int | Bank Of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.53 | | 38,957.54 |
| 03/12/10 | {10} | ADORNO & YOSS LLP | Forefeit of deposit, court ordered 03/05/10 | 1149-000 | 50,000.00 | | 88,957.54 |
| 03/12/10 | {10} | LES OSBORNE, TRUSTEE | Forefeit of deposit, court ordered 03/05/10 | 1149-000 | 50,000.00 | | 138,957.54 |
| 03/31/10 | Int | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.68 | | 138,961.22 |
| 04/30/10 | Int | Bank Of America, N.A. | Interest Rate 0.050 | 1270-000 | 5.71 | | 138,966.93 |
| 05/31/10 | Int | Bank Of America, N.A. | Interest Earned | 1270-000 | 5.90 | | 138,972.83 |
| 06/30/10 | Int | Bank Of America, N.A. | Interest Earned | 1270-000 | 5.71 | | 138,978.54 |
| 07/27/10 | | Bank of America | Close out account - transfer to successor trustee's estate account | 9999-000 | | 138,978.54 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | | 239,089.88 | 239,089.88 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 238,978.54 | |
| **Subtotal** | | **239,089.88** | **111.34** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$239,089.88** | **$111.34** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID #: | **-***5610 | Account #: | ******9855 CHECKING |
| For Period Ending: | 09/26/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/10 | | Transfer from Acct #******9842 | Bank Funds Transfer | 9999-000 | 100,000.00 | | 100,000.00 |
| 02/05/10 | 101 | GENOVESE JOBLOVE & BATTISTA | First Interim fee, court ordered 02/02/10 | 3210-000 | | 85,583.06 | 14,416.94 |
| 02/05/10 | 102 | GENOVESE JOBLOVE & BATTISTA | First Interim expenses, court ordered 02/02/10 | 3220-000 | | 14,416.94 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | | **100,000.00** | **100,000.00** | **$0.00** |
| Less: Bank Transfers/CDs | | 100,000.00 | 0.00 | |
| **Subtotal** | | **0.00** | **100,000.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$100,000.00** | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***5610 | Account #: | **********1765 Checking Account |
| For Period Ending: | 09/26/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/22/10 | {11} | Charles D Franken PA Trust Account | DE 506, Disgorgement of fees, court ordered 06/04/10 | 1249-000 | 32,450.00 | | 32,450.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.35 | | 32,450.35 |
| 07/27/10 | | Bank of America NA | Estate funds from former Trustee's account | 9999-000 | 138,978.54 | | 171,428.89 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.36 | | 171,432.25 |
| 08/12/10 | Int | Bank of America | Additional Interest income from Former Trustee estate account. | 1270-000 | 4.76 | | 171,437.01 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 21.83 | | 171,458.84 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,463.06 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,467.42 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,471.64 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,476.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,480.36 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.94 | | 171,484.30 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.36 | | 171,488.66 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,492.88 |
| 05/02/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.14 | | 171,493.02 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 171,497.24 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.40 | | 171,498.64 |
| 07/08/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 171,498.96 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.12 | | 171,500.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 328.90 | 171,171.18 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.45 | | 171,172.63 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 398.71 | 170,773.92 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -11.75 | 170,785.67 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.40 | | 170,787.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 350.91 | 170,436.16 |
| 10/06/11 | {11} | Clerk of the US Bankrutpcy Court | Franken cash bond, ECF 602 and ECF 683 court ordered 04/05/12 | 1249-000 | 101,533.58 | | 271,969.74 |
| 10/06/11 | {11} | Clerk of the US Bankruptcy Court | to correct dollar amount of check received | 1249-000 | 20.00 | | 271,989.74 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.13 | | 271,991.87 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 491.56 | 271,500.31 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.22 | | 271,502.53 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 595.13 | 270,907.40 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.29 | | 270,909.69 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 556.65 | 270,353.04 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.18 | | 270,354.22 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.10 | | 270,355.32 |

Page Subtotals: **$273,065.43**    **$2,710.11**

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 08-19067-BKC-JKO | |
| **Case Name:** | CREATIVE DESPERATION INC. | |
| **Taxpayer ID #:** | **-***5610 | |
| **For Period Ending:** | 09/26/2019 | |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********1765 Checking Account |
| **Blanket Bond (per case limit):** | $56,290,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 591.03 | 269,764.29 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 534.36 | 269,229.93 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 551.70 | 268,678.23 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 532.21 | 268,146.02 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 604.49 | 267,541.53 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 529.96 | 267,011.57 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 583.62 | 266,427.95 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 564.15 | 265,863.80 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 508.48 | 265,355.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 598.13 | 264,757.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 542.53 | 264,214.66 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO ********3088 20121220 | 9999-000 | | 264,214.66 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 273,065.43 | 273,065.43 | $0.00 |
| Less: Bank Transfers/CDs | 138,978.54 | 264,214.66 | |
| **Subtotal** | 134,086.89 | 8,850.77 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$134,086.89** | **$8,850.77** | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5610 | Account #: | ******0066 Checking Account |
| For Period Ending: | 09/26/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 264,214.66 | | 264,214.66 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 353.72 | 263,860.94 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.40 | 263,443.54 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 353.66 | 263,089.88 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 365.80 | 262,724.08 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 403.08 | 262,321.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 389.88 | 261,931.12 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 351.63 | 261,579.49 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 413.86 | 261,165.63 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 375.64 | 260,789.99 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 362.60 | 260,427.39 |
| 10/25/13 | {13} | Genovese Joblove & Battista PA | Full settlement; court ordered 08/26/11 | 1249-000 | 150,000.00 | | 410,427.39 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 433.65 | 409,993.74 |
| 11/25/13 | 11001 | Genovese Joblove & Battista PA | Balance of first interim fees, court ordered 11/25/13 | 3210-000 | | 282,675.03 | 127,318.71 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 536.84 | 126,781.87 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.61 | 126,581.26 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.13 | 126,393.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.67 | 126,223.46 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.50 | 126,047.96 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.40 | 125,854.56 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.02 | 125,673.54 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.73 | 125,498.81 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.57 | 125,300.24 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.21 | 125,126.03 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.97 | 124,934.06 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.68 | 124,748.38 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.48 | 124,586.90 |

Page Subtotals: $414,214.66 $289,627.76

# Form 2

**Exhibit 9**

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5610 | Account #: | ******0066 Checking Account |
| For Period Ending: | 09/26/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.09 | 124,383.81 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.90 | 124,204.91 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.74 | 124,038.17 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.30 | 123,847.87 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.13 | 123,669.74 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.94 | 123,497.80 |
| 06/23/15 | | ZUCKERMAN AND MATA LLC IOTA | Payment # 1. Court ordered 06/04/2015 (ECF 749) | | 25,000.00 | | 148,497.80 |
| | {12} | | Payment # 1. Court ordered 06/04/2015 (ECF 749) | 1249-000 | | | |
| | | | $25,000.00 | | | | |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.86 | 148,299.94 |
| 07/27/15 | | ZUCKERMAN AND MATA LLC IOTA | Payment # 1. Court ordered 06/04/2015 (ECF 749) | | 15,000.00 | | 163,299.94 |
| | {12} | | Payment # 1. Court ordered 06/04/2015 (ECF 749) | 1249-000 | | | |
| | | | $15,000.00 | | | | |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.29 | 163,076.65 |
| 08/12/15 | | ZUCKERMAN AND MATA LLC IOTA | Payment # 1. Court ordered 06/04/2015 (ECF 749) | | 10,000.00 | | 173,076.65 |
| | {12} | | Payment # 1. Court ordered 06/04/2015 (ECF 749) | 1249-000 | | | |
| | | | $10,000.00 | | | | |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.89 | 172,841.76 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 265.20 | 172,576.56 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 248.22 | 172,328.34 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.60 | 172,088.74 |
| 12/28/15 | | Zuckerman & Mata, LLC | Payment #2; court ordered 06/04/2015 (ECF 749) | | 10,000.00 | | 182,088.74 |
| | {12} | | Payment #2; court ordered 06/04/2015 (ECF 749) | 1249-000 | | | |
| | | | $10,000.00 | | | | |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.25 | 181,815.49 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.12 | 181,563.37 |
| 02/04/16 | | Zuckerman & Mata LLC | Payment #3; court ordered 06/04/15 (ECF 749) | | 15,500.00 | | 197,063.37 |
| | {12} | | Payment #3; court ordered 06/04/15 (ECF 749) | 1249-000 | | | |
| | | | $15,500.00 | | | | |
| | | | **Page Subtotals:** | | **$75,500.00** | **$3,023.53** | |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

# Form 2

**Exhibit 9**

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 08-19067-BKC-JKO | |
| **Case Name:** | CREATIVE DESPERATION INC. | |
| **Taxpayer ID #:** | **-***5610 | |
| **For Period Ending:** | 09/26/2019 | |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******0066 Checking Account |
| **Blanket Bond (per case limit):** | $56,290,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 268.80 | 196,794.57 |
| 03/21/16 | | ZUCKERMAN AND MATA | Payment #4; court ordered 06/04/15 (ECF 749) | | 15,600.00 | | 212,394.57 |
| | {12} | | Payment #4; court ordered 06/04/15 (ECF 749) $15,600.00 | 1249-000 | | | |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 318.01 | 212,076.56 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 294.06 | 211,782.50 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 293.65 | 211,488.85 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 333.74 | 211,155.11 |
| 07/28/16 | | ZUCKERMAN AND MATA | Payment #5; court ordered 06/04/15 (ECF 749) | | 20,000.00 | | 231,155.11 |
| | {12} | | Payment #5; court ordered 06/04/15 (ECF 749) $20,000.00 | 1249-000 | | | |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 293.74 | 230,861.37 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 364.26 | 230,497.11 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 330.63 | 230,166.48 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 319.15 | 229,847.33 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 351.70 | 229,495.63 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 329.19 | 229,166.44 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 351.53 | 228,814.91 |
| 02/02/17 | | ZUCKERMAN AND MATA LLC IOTA/ REGIONS BK BHAM | Payment #6; court ordered 06/04/15 (ECF 749) | | 30,000.00 | | 258,814.91 |
| | {12} | | Asset Allocation #12 $3,900.00 | 1249-000 | | | |
| | {12} | | Asset Allocation #12 $25,000.00 | 1249-000 | | | |
| | {12} | | Asset Allocation #12 $1,100.00 | 1249-000 | | | |
| 02/17/17 | | ZUCKERMAN AND MATA LLC IOTA/ REGIONS BK BHAM | Payment #7; court ordered 06/04/15 (ECF 749) | | 50,000.00 | | 308,814.91 |
| | {12} | | Asset Allocation #12 $43,900.00 | 1249-000 | | | |
| | {12} | | Asset Allocation #12 $6,100.00 | 1249-000 | | | |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 370.94 | 308,443.97 |

**Page Subtotals:**     **$115,600.00**     **$4,219.40**

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 8

| | |
|---|---|
| Case No.: | 08-19067-BKC-JKO |
| Case Name: | CREATIVE DESPERATION INC. |
| Taxpayer ID #: | **-***5610 |
| For Period Ending: | 09/26/2019 |

| | |
|---|---|
| Trustee Name: | Barry E. Mukamal (290830) |
| Bank Name: | Mechanics Bank |
| Account #: | ******0066 Checking Account |
| Blanket Bond (per case limit): | $56,290,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 458.44 | 307,985.53 |
| 04/06/17 | | ZUCKERMAN AND MATA LLC IOTA/ REGIONS BK BHAM | Payment #8; court ordered 06/04/15 (ECF 749) | | 70,000.00 | | 377,985.53 |
| | {12} | | Asset Allocation #12 | 1249-000 | | | |
| | | | $38,900.00 | | | | |
| | {12} | | Asset Allocation #12 | 1249-000 | | | |
| | | | $31,100.00 | | | | |
| 04/13/17 | | ZUCKERMAN AND MATA LLC IOTA/ REGIONS BK BHAM | Payment #9; court ordered 06/04/15 (ECF 749) | | 63,900.00 | | 441,885.53 |
| | {12} | | Asset Allocation #12 | 1249-000 | | | |
| | | | $13,900.00 | | | | |
| | {12} | | Asset Allocation #12 | 1249-000 | | | |
| | | | $50,000.00 | | | | |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 533.24 | 441,352.29 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 698.30 | 440,653.99 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 633.81 | 440,020.18 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 611.80 | 439,408.38 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 695.28 | 438,713.10 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 609.98 | 438,103.12 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 672.15 | 437,430.97 |
| 11/27/17 | 11002 | Genovese Joblove & Battista PA | Contingency Fees, Court ordered ECF #759 | | | 199,660.86 | 237,770.11 |
| | | Genovese Joblove & Battista PA | Contingency Fees, Court ordered ECF #759 | 3210-000 | | | |
| | | | $190,000.00 | | | | |
| | | Genovese Joblove & Battista PA | Contingency Expenses, Court ordered ECF #759 | 3220-000 | | | |
| | | | $9,660.86 | | | | |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 629.18 | 237,140.93 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 329.72 | 236,811.21 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 374.67 | 236,436.54 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 317.40 | 236,119.14 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 339.62 | 235,779.52 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 327.82 | 235,451.70 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 372.55 | 235,079.15 |

Page Subtotals:     $133,900.00     $207,264.82

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 9

## Cash Receipts And Disbursements Record

| Case No.: | 08-19067-BKC-JKO | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | CREATIVE DESPERATION INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5610 | Account #: | ******0066 Checking Account |
| For Period Ending: | 09/26/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 326.85 | 234,752.30 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 360.16 | 234,392.14 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 348.37 | 234,043.77 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 179.53 | 233,864.24 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 211.43 | 233,652.81 |
| 03/27/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******9862 | Transition Debit to Metropolitan Commercial Bank acct 3910019862 | 9999-000 | | 233,652.81 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 739,214.66 | 739,214.66 | $0.00 |
| Less: Bank Transfers/CDs | | 264,214.66 | 233,652.81 | |
| Subtotal | | 475,000.00 | 505,561.85 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $475,000.00 | $505,561.85 | |

## Form 2

**Exhibit 9**

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 08-19067-BKC-JKO |
| **Case Name:** | CREATIVE DESPERATION INC. |
| **Taxpayer ID #:** | **-***5610 |
| **For Period Ending:** | 09/26/2019 |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******9862 Checking Account |
| **Blanket Bond (per case limit):** | $56,290,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/27/19 | | Transfer Credit from Rabobank, N.A. acct ******0066 | Transition Credit from Rabobank, N.A. acct 5001500066 | 9999-000 | 233,652.81 | | 233,652.81 |
| 04/09/19 | 11103 | Barry E. Mukamal | Combined trustee compensation & expense dividend payments. | | | 46,978.40 | 186,674.41 |
| | | Barry E. Mukamal | Claims Distribution - Fri, 03-08-2019 $45,658.84 | 2100-000 | | | |
| | | Barry E. Mukamal | Claims Distribution - Fri, 03-08-2019 $1,319.56 | 2200-000 | | | |
| 04/09/19 | 11104 | Marcum LLP | Distribution payment - Dividend paid at 100.00% of $37,526.50; Claim # ; Filed: $37,526.50 | 3310-000 | | 37,526.50 | 149,147.91 |
| 04/09/19 | 11105 | Marcum LLP | Distribution payment - Dividend paid at 100.00% of $36.02; Claim # ; Filed: $36.02 | 3320-000 | | 36.02 | 149,111.89 |
| 04/09/19 | 11106 | Genovese Joblove & Battista PA | Distribution payment - Dividend paid at 9.80% of $408,258.09; Claim # ; Filed: $408,258.09 | 3210-000 | | 40,000.00 | 109,111.89 |
| 04/09/19 | 11107 | UNITED STATES TRUSTEE | Distribution payment - Dividend paid at 100.00% of $651.38; Claim # 5; Filed: $651.38 | 2950-000 | | 651.38 | 108,460.51 |
| 04/09/19 | 11108 | FLORIDA DEPARTMENT OF REVENUE | Distribution payment - Dividend paid at 100.00% of $300.00; Claim # 2P; Filed: $300.00 | 5800-000 | | 300.00 | 108,160.51 |
| 04/09/19 | 11109 | FLORIDA DEPARTMENT OF REVENUE | Distribution payment - Dividend paid at 100.00% of $14,525.42; Claim # 3P; Filed: $14,525.42 | 5800-000 | | 14,525.42 | 93,635.09 |
| 04/09/19 | 11110 | AT & T CORP | Distribution payment - Dividend paid at 6.79% of $6,985.46; Claim # 1; Filed: $6,985.46 | 7100-000 | | 474.56 | 93,160.53 |
| 04/09/19 | 11111 | VERIZON WIRELESS SOUTH | Distribution payment - Dividend paid at 6.79% of $367.69; Claim # 6; Filed: $367.69 | 7100-000 | | 24.98 | 93,135.55 |
| 04/09/19 | 11112 | Dickinson Wright, Trust, for the benefit of Church of Scientology International and Bridge Publications, Inc. | Distribution payment - Dividend paid at 6.79% of $600,000.00; Claim # 7 -2; Filed: $1,136,603.77 | 7100-000 | | 40,761.03 | 52,374.52 |
| 04/09/19 | 11113 | DR. MARC SCHWARTZ | Distribution payment - Dividend paid at 6.79% of $179,950.00; Claim # 8; Filed: $179,950.00 | 7100-000 | | 12,224.91 | 40,149.61 |
| 04/09/19 | 11114 | DR. DOUGLAS NESS | Distribution payment - Dividend paid at 6.79% of $280,500.00; Claim # 9; Filed: $280,500.00 | 7100-000 | | 19,055.78 | 21,093.83 |
| 04/09/19 | 11115 | DR. SCOTT BRODY | Distribution payment - Dividend paid at 6.79% of $310,500.00; Claim # 11; Filed: $310,500.00 | 7100-000 | | 21,093.83 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | | 233,652.81 | 233,652.81 | $0.00 |
| Less: Bank Transfers/CDs | | 233,652.81 | 0.00 | |
| **Subtotal** | | **0.00** | **233,652.81** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$233,652.81** | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:   11

| | |
|---|---|
| **Case No.:** | 08-19067-BKC-JKO |
| **Case Name:** | CREATIVE DESPERATION INC. |
| **Taxpayer ID #:** | **-***5610 |
| **For Period Ending:** | 09/26/2019 |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******9862 Checking Account |
| **Blanket Bond (per case limit):** | $56,290,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $848,176.77 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $848,176.77 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9842 TIP Account | $239,089.88 | $111.34 | $0.00 |
| ******9855 CHECKING | $0.00 | $100,000.00 | $0.00 |
| **********1765 Checking Account | $134,086.89 | $8,850.77 | $0.00 |
| ******0066 Checking Account | $475,000.00 | $505,561.85 | $0.00 |
| ******9862 Checking Account | $0.00 | $233,652.81 | $0.00 |
| | $848,176.77 | $848,176.77 | $0.00 |